# Exhibit 17

US007822350B2

(12) **United States Patent**
**Liu**

(10) **Patent No.: US 7,822,350 B2**
(45) **Date of Patent: Oct. 26, 2010**

(54) **RECONSTRUCTION AND RESTORATION OF TWO POLARIZATION COMPONENTS OF AN OPTICAL SIGNAL FIELD**

(75) Inventor: **Xiang Liu**, Marlboro, NJ (US)

(73) Assignee: **Alcatel-Lucent USA Inc.**, Murray Hill, NJ (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 350 days.

(21) Appl. No.: **12/151,927**

(22) Filed: **May 9, 2008**

(65) **Prior Publication Data**

US 2009/0074427 A1 Mar. 19, 2009

**Related U.S. Application Data**

(62) Division of application No. 12/002,006, filed on Dec. 14, 2007.

(51) **Int. Cl.**
***H04B 10/00*** (2006.01)

(52) **U.S. Cl.** .......................... **398/205**; 398/65; 398/81; 398/207; 398/208

(58) **Field of Classification Search** .................. 398/65, 398/81, 205, 207, 208
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,385,356 B1 * 5/2002 Jopson et al. ................. 385/11
6,385,357 B1 * 5/2002 Jopson et al. ................. 385/11
6,412,131 B1 * 7/2002 Zhao et al. ..................... 73/659
6,417,948 B1 * 7/2002 Chowdhury et al. ........ 398/158
6,538,787 B1 * 3/2003 Moeller et al. .............. 398/158
6,559,991 B1 * 5/2003 Farley et al. ................ 398/152
6,750,956 B2 * 6/2004 Moeller ..................... 356/73.1
6,782,211 B1 * 8/2004 Core .......................... 398/205
6,856,710 B2 * 2/2005 Wein et al. .................... 385/11
6,859,268 B2 * 2/2005 Chou et al. ................ 356/73.1
7,076,169 B2 * 7/2006 Shpantzer et al. ............. 398/76
7,257,290 B2 * 8/2007 Bulow ......................... 385/27
7,343,104 B2 * 3/2008 Doerr et al. ................. 398/212
7,382,985 B2 * 6/2008 Roberts et al. .............. 398/159

(Continued)

OTHER PUBLICATIONS

Crivelli et al. , "Adaptive Digital Equalization in the Presence of Chromatic Dispersion, PMD, and Phase Noise in Coherent Fiber Optic Systems", 2004, IEEE Communication Society.*

(Continued)

*Primary Examiner*—Ken N Vanderpuye
*Assistant Examiner*—Danny W Leung
(74) *Attorney, Agent, or Firm*—E. J. Rosenthal

(57) **ABSTRACT**

Digital compensation of the polarization-mode dispersion (PMD) effects experienced by an optical signal in a transmission link is achieved. A digital representation of the optical fields of two orthogonal polarization components of an optical signal, defined by a polarization beam splitter (PBS), is first obtained. The fiber transmission link is treated as a concatenation of multiple virtual PMD segments, each having two specific principle-state-of-polarization (PSP) axes and causing a differential group-delay (DGD) and a phase delay between two signal components that are polarized along the two PSP axes. The best guesses of the parameters of the PMD segments and the relative orientation between the PSP axes of the last PMD segment and the characteristic polarization axes of the PBS are dynamically obtained. The digital representation of at least one generic component of the field of the optical signal is then computed through matrix operations by using the best guesses.

**32 Claims, 9 Drawing Sheets**



U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2001/0028760 | A1 * | 10/2001 | Yaffe | 385/27 |
| 2004/0114939 | A1 * | 6/2004 | Taylor | 398/152 |
| 2004/0218932 | A1 * | 11/2004 | Epworth et al. | 398/202 |
| 2005/0069330 | A1 * | 3/2005 | Kao et al. | 398/188 |
| 2005/0141406 | A1 * | 6/2005 | Maltsev et al. | 370/203 |
| 2007/0140701 | A1 * | 6/2007 | Riposati | 398/152 |
| 2008/0025733 | A1 * | 1/2008 | Nazarathy et al. | 398/209 |
| 2008/0075472 | A1 * | 3/2008 | Liu et al. | 398/202 |
| 2009/0034967 | A1 * | 2/2009 | Tao et al. | 398/33 |
| 2009/0074427 | A1 * | 3/2009 | Liu | 398/205 |
| 2009/0074428 | A1 * | 3/2009 | Liu | 398/208 |

OTHER PUBLICATIONS

Agere systems inc. "Polarization Controller Overview", Jun. 2002, Application Note.*

Sunnerud et al. "A Comparison Between Different PMD Compensation Techniques", Mar. 2002, Journal of lightwave technology.*

Merker et al. "PMD compensation up to second order by tracking the principle states of polarization using a two-section compensator", Optics communication, Oct. 2001.*

Heismann, "Analysis of a Reset-Free Polarization Controller for Fast Automatic Polarization Stabilization in Fiber-optic Transmission Systems" Apr. 1994, Journal of lightwave technology.*

Gordon et al. "PMD fundmentals: Polarization mode dispersion in optical fibers", Feb. 2000, Lucent Technologies.*

Ip et al. "Digital Equalization of Chromatic Dispersion and Polarization Mode Dispersion", Aug. 2007, Journal of lightwave technology.*

* cited by examiner



155
Data recovery for at least one generic polarization component
154
Demodulation for at least one generic polarization component
153
Optional compensation of other transmission impairments for at least one generic polarization component
152
Reconstruction of at least one generic polarization component and/or compensation of PMD
150
Reconstruction of the optical field
Reconstruction of the optical field
151-1
151-2
141
142
145
143
144
146
ADC
131
132
135
133
134
136
AGC
121
122
125
123
124
126
111
112
113
114
115
116
105
106
107
108
Φ0
Φ0-π/2
ΔT
102
103
1x3
101
Ex'
Ey'
100
Optical signal


FIG. 1


Data recovery for at least one generic polarization component
Demodulation for at least one generic polarization component
Optional compensation of other transmission impairments for at least one generic polarization component
Reconstruction of at least one generic polarization component and/or compensation of PMD
Reconstruction of the optical field
Reconstruction of the optical field
ADC
ADC
ADC
ADC
AGC
AGC
AGC
AGC
1x2
1x2
Optical signal
155
154
153
152
150
151-1
151-2
141
142
143
144
131
132
133
134
121
122
123
124
111
112
113
114
105
106
107
108
102
103
101
100

FIG. 2


Signal Processor
150
141
ADC
142
ADC
143
ADC
144
ADC
131
AGC
132
AGC
133
AGC
134
AGC
121
122
123
124
111
112
113
114
301
301
301
301
305
306
ΔT
ΔT
φ0
φ0−π/2
1x2
102
100
Optical signal

*FIG. 3*



Transmitter
401
$E_x(t)$ and $E_y(t)$
$E_{\perp}^{in}$
$E_{\parallel}^{in}$
$\theta_1$
x
y
Fiber
402
$E_{\perp}^{out}$
$E_{\parallel}^{out}$
PBS
403
$E_{y'}(t)$
$E_{x'}(t)$
$\theta_2$
x'
y'


*FIG. 4*



501
502
503
504
505
$E_x(t)$
$E_y(t)$
1-to-M Demultiplexer
M-to-1 multiplexer
Processing unit 1
Processing unit 2
Processing unit M
1
2
M


*FIG. 5*



600
601
602
Feed-forward path
Feed-forward subprocessor Find $\theta_1, \theta_2, \tau_{DGD}, \delta\phi, \delta\phi_2$
$\theta_1, \theta_2, \tau_{DGD}, \delta\phi$
Real-time subprocessor Find $\delta\phi_2$ and compute $E_x(t)$ and $E_y(t)$ samples
Real-time path
N $E_{x'}(t)$ samples
N $E_{y'}(t)$ samples
N $E_x(t)$ samples
N $E_y(t)$ samples


*FIG. 6*


802
Input N pairs of $E_x(t)$ and $E_y(t)$ samples and parameters $\theta_1, \theta_2, \tau_{DGD}, \delta\phi$.
803
Compute $E_x(t)$ and $E_y(t)$ for a set of guessed $\delta\phi_2$ values: $[0, 0.1\pi, 0.2\pi, \ldots, 1.9\pi]$
804
Find the best guess of $\delta\phi_2$, e.g. with which the following two quantities are minimized:
$\sum_{t=1}^{N}[|E_x(t)|^2 - \overline{|E_x(t)|^2}]^2$, $\sum_{t=1}^{N}[|E_y(t)|^2 - \overline{|E_y(t)|^2}]^2$.
805
Output N pairs of $E_x(t)$ and $E_y(t)$ samples that correspond to the best guess of $\delta\phi_2$.

*FIG. 8*


702
Input N pairs of $E_x(t)$ and $E_y(t)$ samples.
703
Compute $E_x(t)$ and $E_y(t)$ for a set of guessed values of each of the five parameters: $\theta_1, \theta_2, \tau_{DGD}, \delta\phi, \delta\phi_2$.
704
Find the best guesses of the five parameters, e.g. with which the following two quantities are minimized:
$\sum_{t=1}^{N}[|E_x(t)|^2 - \overline{|E_x(t)|^2}]^2$, $\sum_{t=1}^{N}[|E_y(t)|^2 - \overline{|E_y(t)|^2}]^2$.
705
Output the best guess of each of the following four parameters: $\theta_1, \theta_2, \tau_{DGD}, \delta\phi$.

*FIG. 7*


900
Feed-forward path 1
901
First feed-forward subprocessor
Find θ1,θ2,τDGD,δφ,δφ2
θ1,θ2,τDGD
Feed-forward path 2
903
Second feed-forward subprocessor
Find δφ
θ1,θ2,τDGD,δφ
602
Find δφ2 and compute
Ex(t) and Ey(t) samples
Real-time path
N Ex'(t) samples
N Ey'(t) samples
N Ex(t) samples
N Ey(t) samples

*FIG. 9*


1000
Feed-forward path
1001
Feed-forward subprocessor
Find θ1^1, τDGD^1, δφ^1, ... θ1^M, τDGD^M, δφ^M, θ2, δφ2
θ1^1, τDGD^1, δφ^1, ... θ1^M, τDGD^M, δφ^M, θ2
1002
Real-time subprocessor
Find δφ2 and compute
Ex(t) and Ey(t) samples
Real-time path
N Ex'(t) samples
N Ey'(t) samples
N Ex(t) samples
N Ey(t) samples

*FIG. 10*


1101
Feed-forward processor
Find $\theta_1^1, \delta\phi^1, \theta_1^2, \delta\phi^2, \theta_2, \delta\phi_2$, with $\tau_{DGD}^1 = \tau_{DGD}^2 = 0.4T_s$
$\theta_1^1, \delta\phi^1, \theta_1^2, \delta\phi^2, \theta_2, \tau_{DGD}^1 = \tau_{DGD}^2 = 0.4T_s$.
Real-time processor
Find $\delta\phi_2$ and compute
$E_x(t)$ and $E_y(t)$ samples
1102
Feed-forward path
Real-time path
N $E_x(t)$ samples
N $E_y(t)$ samples
N $E_{x'}(t)$ samples
N $E_{y'}(t)$ samples

*FIG. 11*


1200
1201
Feed-forward processor
Find $\theta_1^1, \tau_{DGD}^1, \delta\phi^1, \ldots \theta_1^M, \tau_{DGD}^M, \delta\phi^M, \theta_2, \delta\phi_2$
$\theta_1^1, \tau_{DGD}^1, \delta\phi^1, \ldots \theta_1^M, \tau_{DGD}^M, \delta\phi^M, \theta_2, \delta\phi_2$
Real-time processor compute
$E_x(t)$ and $E_y(t)$ samples
1202
Feed-forward path
Real-time path
N $E_x(t)$ samples
N $E_y(t)$ samples
N $E_{x'}(t)$ samples
N $E_{y'}(t)$ samples

*FIG. 12*


1302
Input N pairs of $E_{x'}(t)$ and $E_{y'}(t)$ samples and parameters:
$\theta_1^{\,1}$, $\tau_{DGD}^{\;1}$, $\delta\phi^1$, ... $\theta_1^{\,M}$, $\tau_{DGD}^{\;M}$, $\delta\phi^M$, $\theta_2$, $\delta\phi_2$
1303
Compute $E_x(t)$ and $E_y(t)$
1304
Output N pairs of $E_x(t)$ and $E_y(t)$ samples

*FIG. 13*

# RECONSTRUCTION AND RESTORATION OF TWO POLARIZATION COMPONENTS OF AN OPTICAL SIGNAL FIELD

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a divisional of U.S. patent application Ser. No. 12/002,006, filed Dec. 14, 2007, which claims benefit of U.S. provisional patent application Ser. No. 60/993,823, filed Sep. 14, 2007, each of which are herein incorporated by reference.

## TECHNICAL FIELD

This invention relates to the reconstruction of the two polarization components of an optical signal field and compensation for polarization-mode dispersion.

## BACKGROUND OF THE INVENTION

As is well known, an optical signal may have two orthogonal polarization states, each of which may have different properties. Sometimes such polarization states are intentionally introduced, such as in creating a polarization-multiplexed signal in which the two orthogonal polarization states of the optical carrier are arranged so that each carries different data in order to double the spectral efficiency. Such a polarization-multiplexed signal has two so-called “generic” polarization components, each of which carries a single data modulation. Note that by a generic polarization component it is generally intended the signal at the point at which the modulation of that polarization component is completed. It should be appreciated that each generic polarization component may initially, or otherwise, exist separate from the other generic polarization component with which it is later combined.

The polarization orientations of the generic signal components are generally changed by the birefringence of the fiber, and possibly other fiber properties, during the passage of the signal over the optical path. Such changes may be time varying because at least the fiber birefringence is typically a function of various factors such as ambient temperature, mechanical stress, and so forth, which may vary over time and be different at various points of the transmission path. As a result, the polarization orientation of each of the generic signal components is generally unknown at the receiver.

Sometimes, undesirably, the fiber birefringence is so large that polarization-mode dispersion (PMD) is caused, i.e., a generic optical signal component is decomposed into two orthogonal polarization components along the two principle state of polarization (PSP) axes of the fiber, along one of which the light travels at its fastest speed through the fiber and along the other of which the light travels at its slowest speed through the fiber. In such a case, not only may the phase relationship between the two polarization components be time varying, but also each of the two orthogonal polarization components may arrive at the receiver at different times due to the PMD-induced differential group delay (DGD) between the two PSP axes. Note that, actually, as suggested above, each small section of the fiber behaves as if it is its own mini fiber that introduces its own DGD between the two PSP axes. However, for simplification purposes, one may treat the fiber as a single DGD element that introduces a certain DGD between the two axes, based on a first order approximation of the PMD. Thus, for a particular fiber or optical link, PMD is a stochastic effect, and the PMD-induced DGD may also be time varying.



Other linear effects distort optical signals transmitted over optical fibers. Such effects include chromatic dispersion (CD). Optical compensation methods are typically employed to reduce signal distortion that arises due to CD or PMD.

Electronic chromatic dispersion compensation (EDC) has recently emerged as a technique that can flexibly reduce the distortion induced by CD in a cost effective manner. As explained by M. S. O’Sullivan, K. Roberts, and C. Bontu, in “Electronic dispersion compensation techniques for optical communication systems,” ECOC’05, paper Tu3.2.1, 2005, EDC can be performed at the transmitter. Alternatively, EDC can be performed at the receiver. As described by S. Tsukamoto, K. Katoh, and K. Kikuchi, in “Unrepeated Transmission of 20-Gb/s Optical Quadrature Phase-Shift-Keying Signal Over 200-km Standard Single-Mode Fiber Based on Digital Processing of Homodyne-Detected Signal for Group-Velocity Dispersion Compensation,” IEEE Photonics Technology Letters, Volume 18, Issue 9, 1 May 2006, pp. 1016-1018, EDC is implemented with a coherent-detection receiver. In addition, EDC can be implemented with a special direct differential detection receiver as explained by X. Liu and X. Wei, in U.S. patent application Ser. No. 11/525,786 entitled “Reconstruction and Restoration Of Optical Signal Field”, filed on Sep. 22, 2006 and assigned to Lucent Technologies, which is incorporated by reference as if set forth fully herein and shall be referred to hereinafter as Liu-Wei.

Unlike CD, PMD in a fiber link may change very rapidly and PMD compensation usually has to be done in the receiver. Electronic PMD compensation (EPMDC) has also attracted attention recently for its potential cost effectiveness. As explained by J. Hong, R. Saunders, and S. Colaco, in “SiGe equalizer IC for PMD Mitigation and Signal Optimization of 40 Gbits/s Transmission”, published in Optical Fiber Communication Conference 2005, paper OWO2. However, the capability of the EPMDC with a conventional direct-detection receiver is quite limited in that the improvement in PMD tolerance is usually only about 50%.

## SUMMARY OF THE INVENTION

In accordance with the principles of the invention, a digital version of the complex field, i.e., both amplitude and phase, e.g., with respect to a reference point, of each of two orthogonal polarization components of a received optical signal are developed at a receiver by employing a dual-polarization direct differential receiver portion that uses direct differential detection to develop a digital representation of optical signals derived from each of two orthogonal polarization components of a received optical signal which are then processed using digital signal processing (DSP) to develop a digital representation of an intensity and a phase profile representing the polarizations as received at the receiver. The reconstructed digital versions of the complex field of each of the two orthogonal polarization components of the optical signal as received at the receiver are then be further processed jointly to develop at least one so-called “generic” polarization component of the received optical. Note that due to fiber birefringence or PMD, the two orthogonal polarization components of the optical signal as received at the receiver after fiber transmission are generally not the generic polarization components of the signal. In accordance with an aspect of the invention, during the joint processing the relative phase difference between the two reference points used in the two reconstructed optical fields is determined. This may be achieved by employing a searching technique.

In one embodiment of the invention, a polarization beam splitter (PBS) is first used to separate the received optical

signal into two arbitrarily orthogonal polarization components, $E_{x'}$ and $E_{y'}$. Each of the orthogonal polarization components is supplied to a special direct differential detection receiver, which employs a special pair of optical delay interferometers (ODIs) with a phase delay difference of about π/2, such as are described in Liu-Wei and which are herein referred to as an I/Q ODI pair. At least the four outputs of each I/Q ODI pair are then detected by two balanced detectors, whose two outputs are sampled by respective analog to digital converters (ADCs), are then processed to obtain a digital representation of the received signal optical field along the corresponding polarization axis, i.e., x' or y', according to Liu-Wei.

In a second embodiment of the invention, the received optical signal is supplied directly into a single polarization-independent I/Q ODI pair and the resulting four outputs are each connected to a respective associated one of four PBSs, all of which have the same polarization orientation. Each of the PBS produces two outputs, so that in total there are eight outputs from the four PBSs, consisting of four outputs derived from the first polarization, e.g., x'-polarized outputs, and four outputs derived from the second polarization, e.g., y'-polarized outputs. Each pair of outputs of the PBSs that corresponds to a single optical delay interferometer and a single polarization are supplied to a respective one of four balanced detectors, whose outputs are sampled by a respective one of four corresponding ADCs. Each of the resulting sampled waveforms are then processed to obtain a digital representation of the received signal's optical field along each of the polarization axes x' and y' in the manner described in Liu-Wei.

Even though this second embodiment requires the use of three additional PBSs as compared to the first embodiment, due to the relative cost of I/Q ODIs themselves and the control electronics associated therewith, as compared to the cost of PBSs, advantageously, because only one I/Q ODI pair is employed, significant cost savings can be achieved. Furthermore, the second embodiment may be more compactly implemented.

Either embodiment of the invention may be implemented with free space or fiber based optics, or any combination thereof.

Although to save cost it is expected that implementers generally will approximate the intensity profile of one or more of the polarization components of the received signal from the absolute value of their respective complex waveforms, they may instead employ direct intensity detection to obtain a more accurate measurement of the intensity profile.

The techniques of the instant invention are suitable to be employed with various types of optical differential phase-shift keying (DPSK) signals, such as differential binary phase-shift keying (DBPSK) and differential quadrature phase-shift keying (DQPSK) signals. They may also be employed with amplitude-shift keying (ASK), combined DPSK/ASK, and quadrature amplitude modulation (QAM).

## BRIEF DESCRIPTION OF THE DRAWING

In the drawing:

FIG. **1** shows an exemplary apparatus, typically in a receiver, arranged in accordance with the principles of the invention, for developing at least one so-called "generic" polarization component of a received optical signal;

FIG. **2** shows an embodiment of the invention similar to that shown in FIG. **1** but in which the intensity detection branches are omitted;



FIG. **3** shows another embodiment of the invention similar to that shown in FIG. **1** but which employs only a single I/Q ODI pair;

FIG. **4** shows an exemplary polarization "evolution" as an optical signal passes over a typical fiber transmission link that causes PMD;

FIG. **5** shows an exemplary arrangement to perform the digital signal processing needed to recover the generic polarization components from the reconstructed optical fields of the two orthogonal polarization components of the received optical signal, in accordance with an aspect of the invention;

FIG. **6** shows an exemplary high level block diagram of an arrangement which is suitable to be used to make up each of the processing units of FIG. **5**;

FIG. **7** shows an exemplary process expressed in flow-chart form for finding the best guesses of the parameters needed to recover $E_x(t)$ and $E_y(t)$, in accordance with an aspect of the invention;

FIG. **8** shows an exemplary process, expressed in flow-chart form, which is performed by the real-time subprocessor **602** of FIG. **6** in one embodiment of the invention;

FIG. **9** shows an exemplary high level block diagram arrangement that is suitable to be used to make up each of the processing units of FIG. **5** but which is arranged to speed up the processing as compared to the arrangement shown in FIG. **6**;

FIG. **10** shows exemplary high level block diagram of an arrangement suitable to be used to make up each of the processing units of FIG. **5** but which is arranged to treat the fiber as if it was made up of multiple segments, so as to achieve better compensation for PMD, including higher order PMD, than can be achieved than using the arrangements of FIGS. **6** or **9**;

FIG. **11** shows high level block diagram of an arrangement suitable to be used to make up each of the processing units of FIG. **5** but which is arranged to treat the fiber as if it was made up of 2 segments each having DGD values each fixed to 0.4 $T_S$.

FIG. **12** shows an exemplary high level block diagram of an arrangement which is suitable to be used to make up each of the processing units of FIG. **5** but which is arranged for use with a coherent-detection receiver, in accordance with an aspect of the invention; and

FIG. **13**, shows an exemplary process, expressed in flow-chart form, that is performed in the real-time subprocessor of FIG. **12**, in one embodiment of the invention.

## DETAILED DESCRIPTION

The following merely illustrates the principles of the invention. It will thus be appreciated that those skilled in the art will be able to devise various arrangements that, although not explicitly described or shown herein, embody the principles of the invention and are included within its spirit and scope. Furthermore, all examples and conditional language recited herein are principally intended expressly to be only for pedagogical purposes to aid the reader in understanding the principles of the invention and the concepts contributed by the inventor(s) to furthering the art, and are to be construed as being without limitation to such specifically recited examples and conditions. Moreover, all statements herein reciting principles, aspects, and embodiments of the invention, as well as specific examples thereof, are intended to encompass both structural and functional equivalents thereof. Additionally, it is intended that such equivalents include both currently known equivalents as well as equivalents developed in the

future, i.e., any elements developed that perform the same function, regardless of structure.

Thus, for example, it will be appreciated by those skilled in the art that any block diagrams herein represent conceptual views of illustrative circuitry embodying the principles of the invention. Similarly, it will be appreciated that any flow charts, flow diagrams, state transition diagrams, pseudocode, and the like represent various processes which may be substantially represented in computer readable medium and so executed by a computer or processor, whether or not such computer or processor is explicitly shown.

The functions of the various elements shown in the FIGS., including any functional blocks labeled as "processors", may be provided through the use of dedicated hardware as well as hardware capable of executing software in association with appropriate software. When provided by a processor, the functions may be provided by a single dedicated processor, by a single shared processor, or by a plurality of individual processors, some of which may be shared. Moreover, explicit use of the term "processor" or "controller" should not be construed to refer exclusively to hardware capable of executing software, and may implicitly include, without limitation, digital signal processor (DSP) hardware, network processor, application specific integrated circuit (ASIC), field programmable gate array (FPGA), read-only memory (ROM) for storing software, random access memory (RAM), and non-volatile storage. Other hardware, conventional and/or custom, may also be included. Similarly, any switches shown in the FIGS. are conceptual only. Their function may be carried out through the operation of program logic, through dedicated logic, through the interaction of program control and dedicated logic, or even manually, the particular technique being selectable by the implementor as more specifically understood from the context.

In the claims hereof any element expressed as a means for performing a specified function is intended to encompass any way of performing that function. This may include, for example, a) a combination of electrical or mechanical elements which performs that function or b) software in any form, including, therefore, firmware, microcode or the like, combined with appropriate circuitry for executing that software to perform the function, as well as mechanical elements coupled to software controlled circuitry, if any. The invention as defined by such claims resides in the fact that the functionalities provided by the various recited means are combined and brought together in the manner which the claims call for. Applicant thus regards any means which can provide those functionalities as equivalent as those shown herein.

Software modules, or simply modules which are implied to be software, may be represented herein as any combination of flowchart elements or other elements indicating performance of process steps and/or textual description. Such modules may be executed by hardware that is expressly or implicitly shown.

Unless otherwise explicitly specified herein, the drawings are not drawn to scale.

In the description, identically numbered components within different ones of the FIGS. refer to the same components.

FIG. **1** shows an exemplary apparatus, typically in a receiver, arranged in accordance with the principles of the invention, for developing at least one so-called "generic" polarization component of a received optical signal. This is achieved by developing an electronic version of the entire complex optical field of a received optical signal by employing direct differential detection in conjunction with digital signal processing. It is further possible to compensate for



various impairments that were inflicted upon the optical signal as it traveled from its source. FIG. **1** shows a) polarization beam splitter (PBS) **101**; b) 1×3 optical splitters **102** and **103**; c) optical delay interferometers (ODIs) **105**, **106**, **107**, and **108**; d) balanced intensity detectors **111**, **112**, **113**, and **114**; e) single intensity detectors **115** and **116**; f) optional amplifiers **121**, **122**, **123**, **124**, **125**, and **126**; g) optional automatic-gain controllers (AGCs) **131**, **132**, **133**, **134**, **135**, and **136**; h) analog-to-digital converters (ADCs) **141**, **142**, **143**, **144**, **145**, and **146**; and i) digital signal processing (DSP) unit **150**.

More specifically, polarization beam splitter **101** separates the received optical signal to produce two orthogonal polarization components, $E_{x'}$ and $E_{y'}$ therefrom. $E_{x'}$ is supplied to 1×3 optical splitter **102** while $E_{y'}$ is supplied to 1×3 optical splitter **103**. However, the orthogonal polarization components, $E_{x'}$ and $E_{y'}$ are highly unlikely to correspond to the polarization of the generic components that were originally transmitted as they are currently manifest in the received signal.

1×3 optical splitter **102** replicates the received optical signal so as to produce three copies. One of the three beams produced by 1×3 optical splitter **102** is supplied to optical delay interferometer (ODI) **105**, another of the three beams produced by 1×3 optical splitter **102** is supplied to ODI **106**, and the last beam is supplied to photodiode **115**. The optical power allotted to each of the copies from the originally input optical signal is at the discretion of the implementer. In one embodiment of the invention, the power is divided up so that about between 40 to 45 percent of the input power is supplied as output to each of ODIs **105** and **106** and the remaining power, e.g., between 10 and 20 percent, is supplied to photodiode **115**.

As will be readily recognized by those of ordinary skill in the art, optical delay interferometers (ODIs) **105**, **106**, **107** and **108** may be any type of interferometer having the required characteristics. For example, the ODIs may be based on the well-known, so-called Mach-Zehnder interferometer. Alternatively, the ODIs may be based on the well-known, so-called Michaelson interferometer. Preferably, ODIs **105** and **106** are made in a pair so that their phase orthogonality (or π/2 offset in their differential phases between interfering arms) is automatically guaranteed, e.g., using techniques such as disclosed in U.S. patent application Ser. No. 10/875,016 applied for on Jun. 23, 2004 by Christopher R. Doerr and Douglas M. Gill, entitled "Apparatus and Method for Receiving a Quadrature Differential Phase Shift Key Modulated Optical Pulsetrain" published as 2005/0286911 on Dec. 29, 2005 and U.S. patent application Ser. No. 11/163,190 applied for on Oct. 8, 2005 by Xiang Liu, entitled "Optical Demodulating Apparatus and Method" published as 2007/0081826 on Apr. 12, 2007. Further preferably, the two ODI pairs are either monolithically integrated on a same substrate so that their characteristic polarization orientations are the same. Note that the characteristic polarization orientations of an ODI is analogous to the the PSP of a fiber.

Each of the ODIs **105** and **107** has a delay of about ΔT in the optical path between its respective two arms and a phase difference, i.e., offset, of $\phi_0$, where

$$\Delta T = \frac{T_S}{sps}, \qquad (1)$$

where $T_S$ is the symbol period of the signal, sps is the number of samples per symbol taken by the analog to digital converters and $\phi_0$ is an arbitrarily selected number, which is prefere-

ably set at π/4. If so, the free spectral range (FSR), i.e., 1/ΔT, of the ODIs is related to the signal symbol rate (SR) as FSR=SR·sps. Note that, based on numerical simulations, it has been found that, preferably, sps be set to a value of 4. This is because an sps value of less than 4 tends to not be sufficient to accurately represent the signal waveform sufficiently given the procedures described hereinbelow, while sps greater than 4 provides only negligible improvement.

The delay difference may be achieved, in one embodiment of the invention, by adjusting one arm of the interferometer to have a gross length difference of ΔT*C/n, where C is the speed of light in vacuum and n is the index of refraction of the medium of the arm, and then adjusting the length further to cause a phase shift of $\phi_0$. Note that in practice, because a phase shift of $\phi_0$ corresponds to a very small length difference, the phase shift portion may actually be somewhat longer or shorter, so that the total length is $\phi_0$ plus or minus a multiple of 2π. That way, even thought the length is not precisely $\phi_0$, the phase change is effectively $\phi_0$.

The total length change used to achieve the effective length change of $\phi_0$ may be some percentage of the length ΔT·C/n. While even up to 25 percent can work, preferably, the percentage is less than 10 percent, and of course, the more accurate the length can be made to match the actual desired length the better the performance will be. In other embodiments of the invention, the delay required may be divided between the arms, so long as the required delay and phase difference is achieved. Those of ordinary skill in the art will readily recognize how to develop an appropriate arrangement to implement ODIs **105** and **107**.

While any value may be employed as the value of phase offset $\phi_0$, for compatibility with conventional receivers, as will be seen hereinbelow, certain values of $\phi_0$ may be advantageously employed. For example, a good value of $\phi_0$ is π/4 for DQPSK and 0 for DBPSK.

Each of ODIs **106** and **108** are similar to ODIs **105** and **107**, in that each has delay of about ΔT in the optical path between their respective two arms, but between their arms they each have a phase offset of $\phi_0-\pi/2$. Thus, the difference between the phase offsets of ODIs **105** and **106** is π/2, so ODIs **105** and **106** are said to have orthogonal phase offsets. Similarly, the difference between the phase offsets of ODIs **107** and **108** is π/2, so ODIs **107** and **108** are said to have orthogonal phase offsets.

Together, ODI **105** and **106** make up a so-called "I/Q ODI pair". The four outputs of I/Q ODI pair made up of ODIs **105** and **106** are then detected by two balanced detectors **111** and **112**, respectively, in the manner shown in FIG. **1**. The outputs of balanced detectors **111** and **112** are amplified by a respective one of amplifiers **121** and **122**, and they may then be normalized by one of optional automatic-gain controllers (AGCs) **131** and **132**.

Balanced intensity detectors **111** and **112** are conventional. Typically, each of balanced intensity detectors **111** and **112** is made up of a pair of well-matched photodiodes. Balanced intensity detectors **111** and **112** convert the output of each of the arms of ODIs **105** and **106** to an electrical representation. Thus, balanced intensity detectors **111** and **112** obtain an electrical version of the real and imaginary parts of the complex waveform that contains the information about the phase differences between two time locations separated by ΔT in the polarization component of the received optical signal supplied from PBS **101** to 1×3 optical splitter **102**.

Photodiode **115** performs conventional direct intensity detection, and thus obtains the intensity profile of $E_x$, in electronic form.



Amplifiers **121**, **122**, and **125** amplify the signals supplied as outputs by balanced intensity detector **111**, balanced intensity detector **112**, and photodiode **115**, respectively. Typically, amplifiers **121**, **122**, and **125** convert the current which is output by the various photodiodes of balanced intensity detector **111**, balanced intensity detector **112**, and photodiode **115** to respective corresponding voltages. To this end, amplifiers **121**, **122**, and **125** may be trans-impedance amplifiers. Furthermore, amplifiers **121** and **122** may be differential amplifiers. After amplification, each of the outputs is typically single ended. Optional automatic-gain controllers (AGCs) **131**, **132**, and **135** may be employed to normalize the electronic waveforms prior to digitization.

Analog-to-digital converters (ADCs) **141**, **142**, and **143** perform "digital sampling" of the amplified signals to develop a digital representation of the amplified signals. ADCs **141**, **142**, and **145** typically have the same resolution, e.g., 8 bits.

1×3 optical splitter **103**, similar to 1×3 optical splitter **102**, replicates the received optical signal so as to produce three copies. One of the three beams produced by 1×3 optical splitter **103** is supplied to optical delay interferometer (ODI) **107**, another of the three beams produced by 1×3 optical splitter **103** is supplied to ODI **108**, and the last beam is supplied to photodiode **116**.

Together, ODIs **107** and **108** make up an I/Q ODI pair. The four outputs of I/Q ODI pair made up of ODIs **107** and **108** are then detected by two balanced detectors **113** and **114**, respectively, in the manner shown in FIG. **1**. The outputs of balanced detectors **113** and **114** are amplified by a respective one of amplifiers **123** and **124**, and they may then be normalized by one of optional automatic-gain controllers (AGCs) **133** and **134**.

Balanced intensity detectors **113** and **114** are conventional. Typically, each of balanced intensity detectors **113** and **114** is made up of a pair of well-matched photodiodes. Balanced intensity detectors **113** and **114** convert the output of each of the arms of ODIs **107** and **108** to an electrical representation. Thus, balanced intensity detectors **113** and **114** obtain an electrical version of the real and imaginary parts of the complex waveform that contains the information about the phase differences between two time locations separated by ΔT in the polarization component of the received optical signal supplied from PBS **101** to 1×3 optical splitters **103**.

Photodiode **116** performs conventional direct intensity detection, and thus obtains the intensity profile of $E_y$, in electronic form.

Amplifiers **123**, **124**, and **126** amplify the signals supplied as outputs by balanced intensity detector **113**, balanced intensity detector **114**, and photodiode **116**, respectively. Typically, amplifiers **123**, **124**, and **126** convert the current which is output by the various photodiodes of balanced intensity detector **113**, balanced intensity detector **114**, and photodiode **116** to respective corresponding voltages. To this end, amplifiers **123**, **124**, and **126** may be trans-impedance amplifiers. Furthermore, amplifiers **123** and **124** may be differential amplifiers. After amplification, each of the outputs is typically single ended. Optional automatic-gain controllers (AGCs) **133**, **134**, and **136** may be employed to normalize the electronic waveforms prior to digitization.

Analog-to-digital converters (ADCs) **143**, **144**, and **146** perform "digital sampling" of the amplified signals to develop a digital representation of the amplified signals. ADCs **143**, **144**, and **146** typically have the same resolution, e.g., 8 bits.

Digital signal processing unit **150** receives the digital representation of all of the digitized signals supplied from ADCs

**141-146** and develops at least one so-called "generic" polarization component of the received optical. Note that by a generic polarization component it is generally intended the original signal that corresponds to the received signal at the point at which the modulation of that polarization component for transmission is completed.

In accordance with an aspect of the invention, reconstruction unit **151-1** receives the digitized signals supplied from ADCs **141**, **142**, and **145** and develops a digital representation of the amplitude and phase profiles of one of the polarizations of the received optical signal, e.g., x'. Similarly, in accordance with an aspect of the invention, reconstruction unit **151-2** receives the digitized signals supplied from ADCs **143**, **144**, and **146** and develops a digital representation of the received optical signal field, i.e., the amplitude and phase profiles, of one of the other polarization of the received optical signal, e.g., y'. To this end, reconstruction unit **151-1** treats its inputs as if they were the entirety of the optical signal and processes those inputs according to Liu-Wei, e.g., using m=1, prior to any compensation for distortions, e.g., according to the processing described in Liu-Wei in connection with reconstruction unit **151** thereof. The resulting output for this reconstruction, referred to in Liu-Wei as $E_R(t_s)$, is referred to herein as $E_{x'}(t)$. Similarly, reconstruction unit **151-2** treats its inputs as if they were the entirety of the optical signal and processes those inputs according to according to Liu-Wei, e.g., using m=1, prior to any compensation for distortions, e.g., according to the processing described in Liu-Wei in connection with reconstruction unit **151** thereof, to develop received optical signal field, i.e., the amplitude and phase profiles. The resulting output for this reconstruction, referred to in Liu-Wei as $E_R(t_s)$, is referred to herein as $E_{y'}(t)$.

Due to fiber birefringence or PMD, the two orthogonal polarization components of the optical signal as received at the receiver after fiber transmission are generally not the generic polarization components of the signal. Therefore, in accordance with an aspect of the invention, the reconstructed digital versions of the complex field of each of the two orthogonal polarization components of the optical signal as received at the receiver $E_{x'}(t)$ and $E_{y'}(t)$ need to be further processed jointly to develop at least one "generic" polarization component of the received optical, as to be described below.

FIG. **4** shows an exemplary polarization "evolution" as an optical signal passes over a typical fiber transmission link **402** that causes PMD. The two polarization components of the signal after fiber transmission along the two PSP axes of the fiber, defined hereafter as $E_{\|}^{out}$ and $E_{\perp}^{out}$—treating the fiber as a single DGD element that introduces a certain DGD between the two axes—can be linked to the two orthogonal components of the received signal field $E_{x'}$ and $E_{y'}$ as follows,

$$\begin{bmatrix} E_{\|}^{out}(t) \\ E_{\perp}^{out}(t) \end{bmatrix} = \begin{bmatrix} \cos(\theta_2) & \sin(\theta_2) \\ -\sin(\theta_2) & \cos(\theta_2) \end{bmatrix} \cdot \begin{bmatrix} E_{x'}(t) \\ E_{y'}(t)\cdot e^{j\cdot\delta\phi_2} \end{bmatrix} = \begin{bmatrix} \cos(\theta_2)E_{x'}(t) + \sin(\theta_2)E_{y'}(t)\cdot e^{j\cdot\delta\phi_2} \\ -\sin(\theta_2)E_{x'}(t) + \cos(\theta_2)E_{y'}(t)\cdot e^{j\cdot\delta\phi_2} \end{bmatrix}, \quad (2)$$

where $\theta_2$ is the angle between the two characteristic orientations of PBS **101** and the two PSP axes of fiber **402**, and $\delta\phi_2$ is the additional phase difference between the two reconstructed signal fields $E_{x'}$ and $E_{y'}$ as compared to the phase difference of the two received polarization components right after PBS **403**. The additional phase difference includes an initially unknown relative phase difference between the two reference points used in the two reconstructed optical fields. In accordance with an aspect of the invention, during the joint processing the phase difference $\delta\phi_2$ is determined by employing a searching technique, such as is described hereinbelow. $E_{x'}$ and $E_{y'}$ are the reconstructed optical fields of the two orthogonal polarization components of the received optical signal as separated by polarization beam splitter **403**.

The two polarization components of the signal along the two PSP axes of fiber **402** at the input of fiber **402**, defined hereafter as $E_{\|}^{in}$ and $E_{\perp}^{in}$, can be related to $E_{\|}^{out}$ and $E_{\perp}^{out}$ as

$$E_{\|}^{in}(t)=E_{\|}^{out}(t-\tau_{DGD})\cdot e^{j\cdot\delta\phi},$$

$$E_{\perp}^{in}(t)=E_{\perp}^{out}(t), \quad (3)$$

where $\tau_{DGD}$ is the PMD-induced DGD, and $\delta\phi$ is the PMD-induced or birefringence-induced phase difference between the two PSPs, which may be time varying, e.g., due to environmental, e.g., mechanical or temperature changes. Conventionally, the $\|$ and $\perp$ axes are called the fast PMD axis and the slow PMD axis, respectively. In the case that PMD is sufficiently small, $\tau_{DGD}$ can be approximated as 0 in Eq. (3), but the PMD-induced or birefringence-induced phase difference $\delta\phi$ cannot be neglected.

When the original signal emitted from transmitter **401** is polarization multiplexed to carry two generic polarization components, $E_x$ and $E_y$, the two generic components can be linked to $E_{\|}^{in}$ and $E_{\perp}^{in}$ as

$$\begin{bmatrix} E_x(t) \\ E_y(t) \end{bmatrix} = \begin{bmatrix} \cos(\theta_1) & -\sin(\theta_1) \\ \sin(\theta_1) & \cos(\theta_1) \end{bmatrix} \cdot \begin{bmatrix} E_{\|}^{in}(t) \\ E_{\perp}^{in}(t) \end{bmatrix}, \quad (4)$$

where $\theta_1$ is the angle between the two orthogonal polarization components of the original signal from the transmitter and the two PSP axes of the fiber at its input.

Combing equations (2), (3), and (4), two generic polarization components, $E_x$ and $E_y$, can then be expressed in terms of the received polarization components as

$$\begin{aligned} \begin{bmatrix} E_x(t) \\ E_y(t) \end{bmatrix} &= \begin{bmatrix} \cos(\theta_1) & -\sin(\theta_1) \\ \sin(\theta_1) & \cos(\theta_1) \end{bmatrix} \cdot \begin{bmatrix} E_{\|}^{in}(t) \\ E_{\|}^{in}(t) \end{bmatrix} \\ &= \begin{bmatrix} \cos(\theta_1) & -\sin(\theta_1) \\ \sin(\theta_1) & \cos(\theta_1) \end{bmatrix} \cdot \begin{bmatrix} E_{\|}^{out}(t-\tau_{DGD})\cdot e^{j\cdot\delta\phi} \\ E_{\perp}^{out}(t) \end{bmatrix} \\ &= \begin{bmatrix} \cos(\theta_1)E_{\|}^{out}(t-\tau_{DGD})\cdot e^{j\cdot\delta\phi} - \sin(\theta_1)E_{\perp}^{out}(t) \\ \sin(\theta_1)E_{\|}^{out}(t-\tau_{DGD})\cdot e^{j\cdot\delta\phi} + \cos(\theta_1)E_{\perp}^{out}(t) \end{bmatrix} \\ &= \begin{bmatrix} \cos(\theta_1)[\cos(\theta_2)E_{x'}(t-\tau_{DGD}) + \\ \sin(\theta_2)E_{y'}(t-\tau_{DGD})\cdot e^{j\cdot\delta\phi_2}]e^{j\cdot\delta\phi} - \\ \sin(\theta_1)[-\sin(\theta_2)E_{x'}(t) + \cos(\theta_2)E_{y'}(t)e^{j\cdot\delta\phi_2}] \\ \sin(\theta_1)[\cos(\theta_2)E_{x'}(t-\tau_{DGD}) + \\ \sin(\theta_2)E_{y'}(t-\tau_{DGD})\cdot e^{j\cdot\delta\phi_2}]e^{j\cdot\delta\phi} + \\ \cos(\theta_1)[-\sin(\theta_2)E_{x'}(t) + \cos(\theta_2)E_{y'}(t)e^{j\cdot\delta\phi_2}] \end{bmatrix}. \end{aligned} \quad (5)$$

In the case that the original signal is singly polarized, i.e., it has only one generic polarization component at the transmitter, e.g., $E_x$, only half of the computation in Eq. (5) is needed.

As shown in Eq. (5), five parameters, $\theta_1$, $\theta_2$, $\delta\phi$, $\delta\phi_2$, and $\tau_{DGD}$, are generally needed to recover the original optical signal field, which can be either single polarized or polarization multiplexed. When PMD is sufficiently small, e.g., the PMD induced DGD is much smaller than the signal symbol

period, $\tau_{DGD}$ may be safely set to zero in deriving the original signal field, leaving four parameters, $\theta_1$, $\theta_2$, $\delta\phi$, and $\delta\phi_2$, to be determined. Since these parameters are generally time varying, it is needed to find the values of these parameters dynamically.

The digital signal processing needed to recover the generic polarization components from the reconstructed optical fields of the two orthogonal polarization components of the received optical signal can be performed on a block by block basis, with each block having multiple samples. FIG. **5** shows an exemplary arrangement to perform the digital signal processing needed to recover the generic polarization components from the reconstructed optical fields of the two orthogonal polarization components of the received optical signal, in accordance with an aspect of the invention. This circuit consists of demultiplexers **501** and **502**, M processing units (PUs) **505**, and multiplexers **503** and **504**.

The inputs to the arrangement of FIG. **5** are $E_{x'}(t)$ and $E_{y'}(t)$ and the outputs therefrom are $E_x(t)$ and $E_y(t)$. Each of demultiplexers **501** and **502** divides the samples it receives over M parallel paths, thereby reducing the processing speed requirement of Pus **505**. Eventually multiplexers **503** and **504** multiplex the processed samples to construct $E_x(t)$ and $E_y(t)$. Note that at any given time, the blocks of samples supplied to one of PUs **505** may have samples overlapping with those of its adjacent PUs. Note also that the multiplexers and demultiplexers can be shared with the field reconstruction process, e.g., as described in Liu-Wei.

FIG. **6** shows an exemplary high level block diagram of arrangement **600** which is suitable to be used to make up each of PUs **505**. Arrangement **600**, when employed as a PU **505**, receives at one time, for each time period, two corresponding blocks of samples, each block being of length N. N is typically greater than **4** and less than **40**, with a suitable value being about **10**. The value selected for N represents a tradeoff between accuracy achievable and the speed of computation needed to process the samples. The received samples are supplied to feed-forward subprocessor **601** and real-time subprocessor **602**. Feed-forward subprocessor **601** finds the best guesses of the parameters needed to recover $E_x(t)$ and $E_y(t)$, and feeds these parameters, except for $\delta\phi_2$, to real-time subprocessor **602**. Real-time subprocessor **602** receives N pairs of $E_{x'}(t)$ and $E_{y'}(t)$ samples, as well as the best guesses of parameters $\theta_1$, $\theta_2$, $\delta\phi$, and $\tau_{DGD}$, which were determined by feed-forward path **601**, and supplies as an output the N pairs of $E_x(t)$ and $E_y(t)$ samples after processing the received inputs as described hereinbelow.

FIG. **7** shows an exemplary process expressed in flow-chart form for finding the best guesses of the parameters needed to recover $E_x(t)$ and $E_y(t)$, in accordance with an aspect of the invention. This process may be performed in feed-forward subprocessor **601**. The process begins in step **702**, when N pairs of $E_{x'}(t)$ and $E_{y'}(t)$ samples are received. Next, in step **703**, using Eq. (5), candidate values of $E_x(t)$ and $E_y(t)$ are calculated for each of the received N pairs of $E_{x'}(t)$ and $E_{y'}(t)$ samples. To do so, for each $E_{x'}(t)$ and $E_{y'}(t)$ pair, a candidate value is calculated for each possible combination of values for each of the five parameters over their respective physically allowable ranges. For example, the physically allowable ranges may be $\theta_1 \in [0,\pi)$, $\theta_2 \in [0,\pi)$, $\delta\phi \in [0,2\pi)$, and $\delta\phi_2 \in [0,2\pi)$. For $\tau_{DGD}$ the range employed may be from 0 to the symbol period of the signal, although it is recognized that $\tau_{DGD}$ may actually be larger.

Preferably, this is performed by selecting a combination of values for each of the five parameters and using them to compute N candidate values of $E_x(t)$ and $E_y(t)$. In one embodiment of the invention, the guess values for each of the parameters are uniformly distributed over within its allowed range. Typically, 10 to 20 guess values for each parameter should be sufficient.

One way to perform the calculation is to implement double loop, where the outer loop is the parameter values and the inner loop is the N sample pairs. A loop so arranged facilitates the computation of step **704**, in which the particular values of the five parameters that minimizes a variance-type quantity of the N candidate $E_x(t)$ and $E_y(t)$ is selected. For example, the values of the five parameters that minimizes the variance of a candidate set of $E_x(t)$, i.e.,

$$\sum_{i=1}^{N}\left[|E_x(t)|^2 - \overline{|E_x(t)|^2}\right]^2$$

is selected as the best guess. Alternatively, the values of the five parameters that minimizes the variance of a candidate set of $E_y(t)$, i.e.,

$$\sum_{i=1}^{N}\left[|E_y(t)|^2 - \overline{|E_y(t)|^2}\right]^2$$

is selected as the best guess. Alternatively, some combination of the two variances may be specified as variance-type quantity to be minimized.

The forgoing selection of the generic polarization components of the signal, i.e., $E_x(t)$ and $E_y(t,)$ assumes that as originally transmitted the generic polarization components intrinsically had a constant intensity, i.e., amplitude, which is generally the case for DPSK-type formats, which include at least DBPSK and DQPSK. Alternatively, the best guesses of these parameters may be found using approaches similar to or based on the constant modulus algorithm (CMA).

In step **705**, the best guesses for the four parameters $\theta_1$, $\theta_2$, $\delta\phi$, and $\tau_{DGD}$ are supplied as an output, and control passes back to step **702** to process the next N pairs of $E_{x'}(t)$ and $E_{y'}(t)$ samples. Note that the values of the four parameters $\theta_1$, $\theta_2$, $\delta\phi$, and $\tau_{DGD}$ typically tend to change at a rate that is much slower than the signal symbol rate. Thus, feed-forward subprocessor **601** need not process all of the blocks of N pairs of $E_{x'}(t)$ and $E_{y'}(t)$ samples that it receives, since doing so will yield essentially the same values for those periods of time over which the parameters remain substantially unchanged. For example, the rate of fiber PMD change is usually slower than 10 KHz, which is $10^6$ times slower than the symbol rate of a 10-Gbaud signal. Advantageously, this significantly relaxes the computation speed required feed-forward subprocessor **601**. Of course, should there be a situation in which the rate of change of the values of four parameters $\theta_1$, $\theta_2$, $\delta\phi$, and $\tau_{DGD}$ is more rapid, they may be computed more often, or even for every block.

In another embodiment of the invention, rather than use 10 to 20 guesses for each of the slow varying parameters, $\theta_1$, $\theta_2$, $\delta\phi$, and $\tau_{DGD}$ only three guess values are employed for each parameter, one being the previous best guess value and the other two being its nearest neighboring guess values. For the angular parameters, the nearest neighbor guess values should be the cyclic neighbors, by which it is generally meant taking modulus with respect to the appropriate value, e.g., $2\pi$ for $\delta\phi$ and $\pi$ for $\theta_1$ and $\theta_2$. The cyclic spacing between the two nearest neighboring guess values should be much smaller

than the allowable range of the parameter. Preferably, the spacing is at least 10 times smaller than the allowable range of the parameter. For $\tau_{DGD}$ the nearest neighbors are those values that are one minimum step up and one minimum step down, each step being substantially smaller than the symbol period. Preferably, the spacing is at least 5 times smaller than the allowable range of the parameter. Doing so advantageously reduces the amount of computation that is required.

In yet another embodiment of the invention, the guess value for $\tau_{DGD}$ does not need to be searched. Rather, the guess value for $\tau_{DGD}$ can be fixed to a fraction of the symbol period, e.g., 0.4 $T_S$, and useful PMD compensation still results.

FIG. **8** shows an exemplary process, expressed in flowchart form, which is performed by real-time subprocessor **602** in one embodiment of the invention. In step **802**, N pairs of $E_{x'}(t)$ and $E_{y'}(t)$ samples, as well as the best guesses of parameters $\theta_1$, $\theta_2$, $\delta\phi$, and $\tau_{DGD}$ obtained by feed-forward subprocessor **601**, are received. Next, step **803** computes $E_x(t)$ and $E_y(t)$ for a set of guess values of $\delta\phi_2 \epsilon [0, 2\pi)$ using Eq. (5).

Thereafter, in step **804**, the best guess of $\delta\phi_2$ is found. In one embodiment of the invention, the best guess is the guess by which at least one of the variance of the N quantities that represents $E_x(t)$, i.e.,

$$\sum_{t=1}^{N}\left[|E_x(t)|^2 - \overline{|E_x(t)|^2}\right]^2,$$

and that represents $E_y(t)$, i.e.,

$$\sum_{t=1}^{N}\left[|E_y(t)|^2 - \overline{|E_y(t)|^2}\right]^2,$$

is minimized. Note that typically minimizing one of variance of the N quantities that represents $E_x(t)$ and variance of the N quantities that represents $E_y(t)$ results in the other also being minimized. However, this is not always so, e.g., in the presence of noise, and the implementer may instead choose to minimize the difference between the variance of the N quantities that represents $E_x(t)$ and the variance of the N quantities that represents $E_y(t)$.

In step **805** the N pairs of $E_x(t)$ and $E_y(t)$ samples that correspond to the best guess of $\delta\phi_2$ are supplied as outputs and control passes back to step **802** to process the next N pairs of $E_{x'}(t)$ and $E_{y'}(t)$ samples.

FIG. **9** shows an exemplary high level block diagram arrangement **900** that is suitable to be used to make up each of PUs **505** but which is arranged to speed up the processing as compared to the arrangement shown in FIG. **6**. The arrangement of FIG. **9** takes into consideration the fact that parameters $\theta_1$, $\theta_2$, and $\tau_{DGD}$ typically change much more slowly than $\delta\phi$ changes, and therefore they may to be computed at a slower rate. To this end feed-forward subprocessor **601** of FIG. **6** is further split into first feed-forward subprocessor **901**, which computes at a slower rate as compared to feed-forward subprocessor **601** of FIG. **6**, and second feed-forward subprocessor **903**, which computes at the same rate as did feed-forward subprocessor **601** of FIG. **6**.

First feed-forward subprocessor **901** receives as input N pairs of $E_{x'}(t)$ and $E_{y'}(t)$ samples and supplies as outputs the best guesses of parameters $\theta_1$, $\theta_2$, and $\tau_{DGD}$. Second feed-forward subprocessor **903** likewise receives as input N pairs of $E_{x'}(t)$ and $E_{y'}(t)$ samples and it also receives as input the best guesses of $\theta_1$, $\theta_2$, and $\tau_{DGD}$ which are supplied as outputs by first feed-forward subprocessor **901**. Second feed-forward subprocessor **903** supplies the best guess value of $\delta\phi$ as an output to real-time subprocessor **602** and it also passes on the best guesses of $\theta_1$, $\theta_2$, and $\tau_{DGD}$. Note that, alternatively, the best guesses of $\theta_1$, $\theta_2$, and $\tau_{DGD}$ could be supplied directly from first feed-forward subprocessor **901** to real-time subprocessor **602**. Advantageously, since the update rate of first feed-forward subprocessor **901** can be much slower than that of second feed-forward subprocessor **903**, the computational speed requirement of the feed-forward path is reduced overall.

Real-time subprocessor **602** receives the same N pairs of $E_{x'}(t)$ and $E_{y'}(t)$ samples and the best guesses of parameters $\theta_1$, $\theta_2$, $\delta\phi$, and $\tau_{DGD}$, as it did in FIG. **6**, albeit from second feed-forward subprocessor **903** rather than feed-forward subprocessor **601**, and outputs the N pairs of $E_x(t)$ and $E_y(t)$ samples based on the signal processing as described hereinabove.

The effectiveness of the electronic PMD compensation (PMDC) described hereinabove can be further improved by treating the fiber as if it was made up of multiple segments, each of which has its own "virtual" DGD parameters. More specifically, instead of the three parameters $\theta_1$, $\delta\phi$, and $\tau_{DGD}$ previously used to describe the fiber-induced PMD, one can treat the fiber link as a concatenation of M PMD segments, i.e., mini fibers, each described by three parameters, $\theta_1^i$, $\delta\phi^i$, and $\tau_{DGD}^i$ where i=1, 2, . . . M is the index of the virtual PMD segment. The two received polarization components can be Generally linked to the izeneric polarization components, $E_x$ and $E_y$, as

$$\begin{bmatrix} E_{x'} \\ E_{y'} \end{bmatrix} = T\cdot\begin{bmatrix} E_x \\ E_y \end{bmatrix} = P\cdot R_2\cdot\prod_{i=1}^{M} PMD^{M-i+1}\cdot\begin{bmatrix} E_x \\ E_y \end{bmatrix}, \tag{6}$$

where matrix T represents the polarization transformation of the fiber link, $R_2$ is the rotation matrix associated with the projection of the signal components along the fiber PMD PSP axes at the fiber output on the polarization axes of the PBS used in the receiver, $PMD^i$ is the matrix describing the PMD effect of the i-th segment, and P is a phase-delay matrix representing the additional phase delay between the two reconstructed fields after the polarization beam splitting at the receiver.

Using the notations shown in FIG. **4**, the rotation matrix $R_2$ can be written as

$$R_2 = \begin{bmatrix} \cos(\theta_2) & -\sin(\theta_2) \\ \sin(\theta_2) & \cos(\theta_2) \end{bmatrix}. \tag{7}$$

The phase-delay matrix P can be written as

$$P = \begin{bmatrix} 1 & 0 \\ 0 & e^{j\cdot\delta\phi_2} \end{bmatrix}. \tag{8}$$

The PMD matrix of the i-th segment, $PMD^i$, can be written in the frequency domain, e.g., after a Fourier transform from the time domain, as

$$PMD^i(\Delta f) = \begin{bmatrix} 1 & 0 \\ 0 & e^{j(2\pi\cdot\Delta f\cdot\tau_{DGD}^i+\delta\phi^i)} \end{bmatrix} \cdot \begin{bmatrix} \cos(\theta_1^i) & \sin(\theta_1^i) \\ -\sin(\theta_1^i) & \cos(\theta_1^i) \end{bmatrix}, \quad (9)$$

where $\tau^i_{DGD}$ and $\delta\phi^i$ are, respectively, the differential group-delay (D GD) and the phase delay between the two PSP axes of the i-th PMD segment, $\theta_1^{\,i}$ is the angle between the orientation of the signal polarization at the input of the i-th PMD segment and one of its PSP axes, and $\Delta f$ is the frequency offset from the center frequency of the signal. In the time domain, the PMD matrix acts on an input signal as follows,

$$PMD^i \cdot \begin{bmatrix} E_x^{i-1}(t) \\ E_y^{i-1}(t) \end{bmatrix} = \begin{bmatrix} \cos(\theta_1^i)E_x^{i-1}(t) + \sin(\theta_1^i)E_y^{i-1}(t) \\ [-\sin(\theta_1^i)E_x^{i-1}(t-\tau_{DGD}^i) + \cos(\theta_1^i)E_y^{i-1}(t-\tau_{DGD}^i)]e^{j\cdot\delta\phi^i} \end{bmatrix}, \quad (10)$$

where $E_x^{\,i-1}$ and $E_y^{\,i-1}$ are the two orthogonal signal polarization components along the two PSP axes of PMD segment i−1 at its output when i≧2, or the generic signal polarization components, $E_x$ and $E_y$, when i=1. In principle, when the polarization transformation matrix T is known, the generic signal polarization components can then be derived from the reconstructed polarization components using

$$\begin{bmatrix} E_x \\ E_y \end{bmatrix} = T^{-1} \cdot \begin{bmatrix} E_{x'}(t) \\ E_{y'}(t) \end{bmatrix} = \prod_{i=1}^{M} (PMD^i)^{-1} \cdot R_2^{-1} \cdot P^{-1} \begin{bmatrix} E_{x'} \\ E_{y'} \end{bmatrix}, \quad (11)$$

where −1 indicates the standard matrix inverse operation, i.e., the product of a matrix and its inverse is the identity matrix I.

FIG. **10** shows exemplary high level block diagram of arrangement **1000** suitable to be used to make up each of PUs **505** but which is arranged to treat the fiber as if it was made up of multiple segments, so as to achieve better compensation for PMD, including higher order PMD, than can be achieved than using the arrangements of FIGS. **6** or **9**. The process for performing such electronic PMDC assumes that the fiber was made up of M "virtual" PMD elements. Feed-forward subprocessor **1001** receives as inputs N pairs of $E_{x'}(t)$ and $E_{y'}(t)$ samples and supplies as its output the best guesses of parameters $\theta_1^{\,1}$, $\delta\phi^1$, and $\tau_{DGD}^{\,1} \ldots \theta_1^{\,M}$, $\delta\phi^M$, and $\tau_{DGD}^{\,M}$. Real-time subprocessor **1002** receives as inputs the N pairs of $E_{x'}(t)$ and $E_y'(t)$ samples as well as the best guesses of the parameters supplied by feed-forward subprocessor **1001**, and supplies as outputs the N pairs of $E_x(t)$ and $E_y(t)$ samples using the methods described hereinabove.

As M increases, the PMDC capability also increases. However, the needed computation power to perform the PMDC calculations increases as well. Thus, there is a tradeoff between required computation power and the PMDC that is performed. Note that oftentimes setting M=2 is sufficient to provide better than first order PMD compensation without requiring a severe increase in processing power. For further simplification, the guess values for $\tau_{DGD}^{\,1} \ldots \tau_{DGD}^{\,M}$ can be fixed to a fraction of the symbol period, e.g., 0.4 $T_S$, as noted hereinabove.

FIG. **11** shows high level block diagram of arrangement **1100** suitable to be used to make up each of PUs **505** but which is arranged to treat the fiber as if it was made up of 2 segments each having DGD values each fixed to 0.4 $T_S$.

Note that, in accordance with an aspect of the invention, the digital PMD compensation schemes described above may also be employed with so-called "dual-polarization coherent-detection" receivers, where digital representations of two orthogonal polarization components of the received optical signal are obtained. A typical dual-polarization coherent-detection receiver with DSP is shown in "Uncompensated Transmission of 86 Gbit/s Polarization Multiplexed RZ-QPSK over 100 km of NDSF Employing Coherent Equalisation" by Fludger et al., which was published as ECOC'06 post-deadline paper Th4.3.3, which is incorporated by reference as if fully set forth herein. FIG. **12** shows an exemplary high level block diagram of arrangement **1200** which is suitable to be used to make up each of PUs **505** but which is arranged for use with a coherent-detection receiver, in accordance with an aspect of the invention.

As is well known, such coherent detection receivers employ an optical local oscillator (OLO) that provides an absolute phase reference for both received polarization components. As a result, there is no uncertainty in the additional phase difference $\delta\phi_2$ due to the field reconstruction process. Consequently, $\delta\phi_2$ does not need to be estimated in real-time subprocessor **1202**, and instead can be estimated in feed-forward subprocessor **1201** so that the computational effort in the real-time subprocessor is much reduced. Typically, $\delta\phi_2$ changes at a very low speed, e.g., <1 KHz, so feed-forward subprocessor **1201** only needs to update $\delta\phi_2$ at a much lower speed than the signal date rate.

FIG. **13**, similar to FIG. **8**, shows an exemplary process, expressed in flow-chart form, that is performed in real-time subprocessor **1202**, in one embodiment of the invention. In step **1302** N pairs of $E_{x'}(t)$ and $E_{y'}(t)$ samples, as well as the best guesses of parameters $\theta_1$, $\theta_2$, $\delta\phi$, $\delta\phi_2$, and $\tau_{DGD}$ for each of M virtual segments obtained by feed-forward subprocessor **1201**, are received. Next, step **1303** computes $E_x(t)$ and $E_y(t)$ using Eq. (11). In step **1305** the N pairs of $E_x(t)$ and $E_y(t)$ samples are supplied as outputs and control passes back to step **1302** to process the next N pairs of $E_{x'}(t)$ and $E_{y'}(t)$ samples.

As mentioned hereinabove, to simplify, the DGD values can be fixed, e.g., each equal to about 0.4 Ts. Also, M can be chosen to be 2.

Once the original signal field is obtained, further compensation for other impairments, e.g., chromatic dispersion and/or self-phase modulation, and data recovery following suitable demodulation, can be performed to extract the data content from at least on generic polarization, using compensation for other impairments unit **152**, demodulation unit **154**, and data recovery unit **155**.

A practical issue with the use of differential detection is that it employs ODIs, which typically exhibit polarization-dependent phase shift (PDPS). In other words, generally, the phase offset between the two arms of an ODI, $\phi$, is dependent on the polarization state of the optical signal. When the signal polarization is aligned with one of the two characteristic polarization orientations of the ODI, the phase offset $\phi$ reaches its maximum or its minimum. The PDPS is the difference between the maximum and the minimum phase offsets.

There are three common types of ODI: 1) fiber-based, 2) planar lightwave circuit (PLC)-based, and 3) free-space optics-based. The PDPS of a fiber-based ODI is typically due to the birefringence of the fiber resulting from mechanical stress. The PDPS of a PLC-based ODI is typically due to the birefringence of the waveguide structure of the PLC. The

PDPS of a free-space optics based ODI is typically due to the polarization-dependent phase delay of the beam splitter used in forming the two optical interference paths. The PDPS can range from about 2 degrees (0.035 rad.) to about 20 degrees (0.35 rad.), the particular value for any ODI depending on its design.

The field reconstruction process as described herein relies on the phase difference estimation at multiple sampling locations. If the signal polarization is not aligned with one of the two characteristic polarization orientations of the ODI, the PDPS will accumulate as the number of sampling points increases and prevent accurate phase estimation. Thus, it is preferred to align PBS **101** in such a way that the polarization of each of the two split signals, i.e., $E_{x'}$ and $E_{y'}$ is aligned with one of the two characteristic polarization orientations of the ODIs. This can be achieved by using, e.g., 1) polarization-maintaining fibers with suitable orientations to connect the two outputs of PBS **101** with the two inputs of ODI pairs **105**-**106** and **107**-**108**, or 2) polarization-maintaining free space optical connections between PBS **101** and the two inputs of ODI pairs **105**-**106** and **107**-**108** when the ODIs are free-space optics based.

FIG. **2** shows an embodiment of the invention similar to that shown in FIG. **1** but in which the intensity detection branches are omitted. In accordance with an aspect of the invention, the intensity profile for each polarization component is approximated from the absolute value of its respective one of the complex waveforms rather than directly recovered from the received optical signal.

FIG. **3** shows another embodiment of the invention similar to that shown in FIG. **1** but which employs only a single I/Q ODI pair. This is achieved by eliminating PBS **101** of FIG. **1** and employing in lieu thereof four PBSs **301** at the four outputs of the first I/Q ODI. Furthermore, as in FIG. **2**, the intensity detection branches are omitted and the intensity profile for each polarization component is approximated rather than directly recovered from the received optical signal. Advantageously, the cost of the overall arrangement, as with respect to the arrangement of FIG. **1**, is significantly reduced.

In the embodiment of FIG. **3** the received signal is supplied directly into a single polarization-independent I/Q ODI pair made up of ODIs **305** and **306**, whose four outputs are each connected to a respective one of PBSs **301** with the same polarization orientation. The eight outputs from PBSs **301**, consisting of four x'-polarized outputs and four y'-polarized outputs, are then treated in the same manner as the outputs of the I/Q ODI pairs of FIG. **1**, i.e., detected by balanced detectors whose outputs are sampled, after optional amplification and gain control, by a respective ADC. The sampled waveforms are then processed to obtain a digital representation of the signal optical field as described hereinabove.

As will be readily understood by those of ordinary skill in the art, the instant invention may be applied to optical differential phase-shift keying (DPSK) signals, such as differential binary phase-shift keying (DBPSK) and differential quadrature phase-shift keying (DQPSK) signals, since ODI(s) and balanced detection are commonly used for DPSK detection. Furthermore, this invention may also be applied to amplitude-shift keying (ASK), combined DPSK/ASK, and differential QAM.

What is claimed is:

**1**. A method for automatically modifying a received version of an optical signal to compensate for the effects of polarization mode dispersion (PMD) inflicted upon said optical signal as it transits a transport link from a transmitter to a receiver, the method comprising the steps of:

determining digital representations of $E_{x'}$ and $E_{y'}$, $E_{x'}$ and $E_{y'}$ being a pair of orthogonal polarization components of said version of said optical signal as received at said receiver, $E_{x'}$ being along an x' axis and $E_{y'}$ being along a y' axis;

effectively dividing said transport link into M virtual PMD segments, M greater than or equal to 1;

determining generic polarization components of said optical signal, $E_x$ and $E_y$, by calculating

$$\begin{bmatrix} E_x \\ E_y \end{bmatrix} = \prod_{i=1}^{M} (PMD^i)^{-1} \cdot R_2^{-1} \cdot P^{-1} \begin{bmatrix} E_{x'} \\ E_{y'} \end{bmatrix},$$

where P is a phase-delay matrix representing additional phase delay between $E_{x'}$ and $E_{y'}$ after they are split in said receiver, $R_2$ is a rotation matrix associated with the angular difference between the primary state of polarization (PSP) axes of the virtual segment closest to said receiver and said x'-y' axes, and $PMD^i$ is a matrix describing the PMD effect of an i-th one of said virtual PMD segments, i=1 to M, and −1 indicates the standard matrix inverse operation.

**2**. The invention as defined in claim **1** wherein $E_{x'}$ and $E_{y'}$ are determined in said determining step using a dual-polarization coherent detection receiver.

**3**. The invention as defined in claim **1** wherein $E_{x'}$ and $E_{y'}$ are determined in said determining step using a dual-polarization direct differential receiver.

**4**. The invention as defined in claim **1** said rotation matrix $R_2$ is

$$\begin{bmatrix} \cos(\theta_2) & -\sin(\theta_2) \\ \sin(\theta_2) & \cos(\theta_2) \end{bmatrix},$$

where $\theta_2$ is the angle between the PSP axes of said $M^{th}$ virtual PMD segment and said x'-y' axes, said $M^{th}$ segment being the one of said virtual PMD segments that is closest to said receiver.

**5**. The invention as defined in claim **1** wherein said phase-delay matrix P is

$$\begin{bmatrix} 1 & 0 \\ 0 & e^{j\cdot\delta\phi_2} \end{bmatrix},$$

where $\delta\phi_2$ is the additional phase difference between $E_{x'}$ and $E_{y'}$ after they are split in said receiver.

**6**. The invention as defined in claim **1** further comprising the step of assigning a PMD matrix to each virtual PMD segment of said transport link.

**7**. The invention as defined in claim **1** wherein, in the frequency domain, said matrix describing the PMD effect of the i-th one of said virtual PMD segments, $PMD^i$ (Δf), is expressed as

$$\begin{bmatrix} 1 & 0 \\ 0 & e^{j\cdot(2\pi\cdot\Delta f\cdot\tau_{DGD}^i+\delta\phi^i)} \end{bmatrix} \cdot \begin{bmatrix} \cos(\theta_1^i) & \sin(\theta_1^i) \\ -\sin(\theta_1^i) & \cos(\theta_1^i) \end{bmatrix},$$

where $\tau_{DGD}{}^i$ and $\delta\phi^i$ are, respectively, the differential group delay (DGD) and phase delay between the two

PSP axes of the i-th one of said virtual PMD segments, $\theta_1^i$ is the angle between the orientation of the signal polarization at the input of the i-th one of said virtual PMD segments and one of its PSP axes, and $\Delta f$ is the frequency offset from the center frequency of said optical signal.

**8**. The invention as defined in claim **7** wherein $\tau_{DGD}^i$ is set to the same value for all of said M virtual PMD segments.

**9**. The invention as defined in claim **7** wherein $\tau_{DGD}^i$ is set to about 0.4 $T_S$ for all of said M virtual PMD segments, where $T_S$ is the symbol period of said optical signal.

**10**. The invention as defined in claim **1** further comprising the step of automatically finding a best guess for (i) each parameter of each of said virtual PMD segments, (ii) a relative orientation between said $M^{th}$ virtual PMD segment and said x'-y' axes, said $M^{th}$ segment being the segment closest to said receiver, and (iii) the additional phase difference of said phase-delay matrix representing said additional phase delay between $E_{x'}$ and $E_{y'}$.

**11**. The invention as defined in claim **10** wherein said step of finding employs an automated search process.

**12**. The invention as defined in claim **10** wherein samples of said received version of said optical signal are grouped into blocks and for at least one parameter said best guess is updated for each block.

**13**. The invention as defined in claim **10** wherein samples of said received version of said optical signal are grouped into blocks, each block having a size that is proportional to the maximum number of interacting optical symbols during optical transmission due to dispersive effects of said transport link over which said optical signal transited.

**14**. The invention as defined in claim **10** wherein samples of said received version of said optical signal are grouped into blocks and for at least one parameter said best guess is updated less often than for each block.

**15**. The invention as defined in claim **10** wherein $E_{x'}$ and $E_{y'}$ are determined in said determining step using a dual-polarization coherent detection receiver and wherein samples of said received version of said optical signal are grouped into blocks, said best guesses for all of said parameters being updated less often than for each block.

**16**. The invention as defined in claim **10** wherein said step of finding employs an automated search process that selects a set of best guesses for all of said parameters from a set of guess values, said selected set of best guesses being the one that causes a signal property of at least one of said generic polarization components determined by using said guess values to best match that expected of one generic component of the field of said optical signal.

**17**. The invention as defined in claim **16** wherein said signal property is minimum deviation in optical power over time.

**18**. The invention as defined in claim **1** further comprising the step of finding a best guess for (i) each parameter of each of said virtual PMD segments except for $\tau_{DGD}^i$, (ii) a relative orientation between said $M^{th}$ virtual PMD segment and said x'-y' axes, said $M^{th}$ segment being the segment closest to said receiver, and (iii) said additional phase difference of said phase-delay matrix representing said additional phase delay between $E_{x'}$ and $E_{y'}$.

**19**. The invention as defined in claim **1** wherein one of said parameters of each of said virtual PMD segments is $\tau_{DGD}^i$, a differential group delay (DGD) between the two PSP axes of the i-th virtual PMD segment, and $\tau_{DGD}^i$ is set to the same value for all M segments.

**20**. The invention as defined in claim **1** wherein one of said parameters of each of said virtual PMD segments is $\tau_{DGD}^i$, a differential group delay (DGD) between the two PSP axes of the i-th virtual PMD segment, and $\tau_{DGD}^i$ is set about 0.4 $T_S$ for all M segments, where $T_S$ is the symbol period of said optical signal.



**21**. Apparatus for modifying a received version of an optical signal to compensate for the effects of polarization mode dispersion (PMD) inflicted upon said optical signal as it transits a transport link from a transmitter to a receiver, the apparatus comprising:

means for determining digital representations of $E_{x'}$ and $E_{y'}$, $E_{x'}$ and $E_{y'}$ being a pair of orthogonal polarization components of said version of said optical signal as received at said receiver, $E_{x'}$ being along an x' axis and $E_{y'}$ being along a y' axis;

means for determining generic polarization components of said optical signal, $E_x$ and $E_y$, by calculating

$$\begin{bmatrix} E_x \\ E_y \end{bmatrix} = \prod_{i=1}^{M} (PMD^i)^{-1} \cdot R_2^{-1} \cdot P^{-1} \begin{bmatrix} E_{x'} \\ E_{y'} \end{bmatrix},$$

wherein said transport link is effectively divided into M virtual PMD segments, M greater than or equal to 1, and where P is a phase-delay matrix representing additional phase delay between $E_{x'}$ and $E_{y'}$ after they are split in said optical receiver, $R_2$ is a rotation matrix associated with the angular difference between the primary state of polarization (PSP) axes of the virtual segment closest to said receiver and said x'-y' axes, and $PMD^i$ is a matrix describing the PMD effect of the i-th one of said virtual PMD segment, i=1 to M, and −1 indicates the standard matrix inverse operation.

**22**. Software embodied in a non-transitory computer readable medium for automatically modifying a received version of an optical signal to compensate for the effects of polarization mode dispersion (PMD) inflicted upon said optical signal as it transits a transport link from a transmitter to a receiver, said software adapted to cause a processor to execute the following steps:

determine digital representations of $E_{x'}$ and $E_{y'}$, $E_{x'}$ and $E_{y'}$ being a pair of orthogonal polarization components of said received version of said optical signal as received at said receiver, $E_{x'}$ being along an x' axis and $E_{y'}$ being along a y' axis;

determine digital electronically readable generic polarization components of said optical signal, $E_x$ and $E_y$, by calculating

$$\begin{bmatrix} E_x \\ E_y \end{bmatrix} = \prod_{i=1}^{M} (PMD^i)^{-1} \cdot R_2^{-1} \cdot P^{-1} \begin{bmatrix} E_{x'} \\ E_{y'} \end{bmatrix},$$

wherein said transport link is effectively divided into M virtual PMD segments, M greater than or equal to 1, and where P is a phase-delay matrix representing additional phase delay between $E_{x'}$ and $E_{y'}$ after they are split in said optical receiver, $R_2$ is a rotation matrix associated with the angular difference between the primary state of polarization (PSP) axes of the virtual segment closest to said receiver and said x'-y' axes, and $PMD^i$ is a matrix describing the PMD effect of the i-th one of said virtual PMD segments, i=1 to M, and −1 indicates the standard matrix inverse operation.

**23**. Apparatus for modifying a received version of an optical signal to compensate for the effects of polarization mode

dispersion (PMD) inflicted upon said optical signal as it transits a transport link carrying it from a transmitter, said apparatus comprising:

a receiver coupled to said transport link adapted to receive said received version of said optical signal, said receiver providing representations of $E_{x'}$ and $E_{y'}$, $E_{x'}$ and $E_{y'}$ being a pair of orthogonal polarization components of said optical signal as received at said receiver, $E_{x'}$ being along an x' axis and $E_{y'}$ being along a y' axis;

a signal processing unit, coupled to said receiver, for determining generic polarization components of said optical signal, $E_x$ and $E_y$, by calculating

$$\begin{bmatrix} E_x \\ E_y \end{bmatrix} = \prod_{i=1}^{M} (PMD^i)^{-1} \cdot R_2^{-1} \cdot P^{-1} \begin{bmatrix} E_{x'} \\ E_{y'} \end{bmatrix},$$

wherein said transport link is effectively divided into M virtual PMD segments, M greater than or equal to 1, and where P is a phase-delay matrix representing additional phase delay between $E_{x'}$ and $E_{y'}$ after they are split in said optical receiver, $R_2$ is a rotation matrix associated with the angular difference between the primary state of polarization (PSP) axes of the virtual segment closest to said receiver and said x'-y' axes, and $PMD^i$ is a matrix describing the PMD effect of an i-th one of said virtual PMD segments, i=1 to M, and −1 indicates the standard matrix inverse operation.

**24**. The invention as defined in claim **23** wherein said receiver is a coherent-detection receiver.

**25**. The invention as defined in claim **23** wherein said signal processor further comprises a plurality of processing units each of whose inputs are coupled to a data demultiplexer and whose outputs are coupled to a data multiplexer.

**26**. The invention as defined in claim **25** wherein each of said processing units operates on a block-by-block basis, wherein each block includes a plurality of samples from each of said two orthogonal polarization components of said received signal.



**27**. The invention as defined in claim **25** wherein each of said processing units operates in parallel, processing a block of samples that correspond to a time period, and wherein each block being processed by a one of said processing units may contain samples that are, were, or will also be processed by another one of said processing units.

**28**. The invention as defined in claim **23** wherein said signal processor further comprises a processing unit operating on a block-by-block basis, wherein each block includes a plurality of samples from each of said two orthogonal polarization components of said received signal, said processing unit further comprising at least one feed-forward processor and at least one real time processor.

**29**. The invention as defined in claim **28** wherein said feed-forward processor updates outputs it supplies for use as inputs by said real-time processor at a slower rate than a rate at which said real-time processor performs calculations using said feed-forward processor outputs.

**30**. The invention as defined in claim **28** wherein said feed-forward processor determines values for $\theta_1^i$, $\tau_{DGD}^i$, $\delta\phi^i$, $\theta_2$, $\delta\phi_2$, where

$\tau_{DGD}^i$ and $\delta\phi^i$ are, respectively, the differential group delay (DGD) and phase delay between the two PSP axes of the i-th segment,

$\theta_1^i$ is the angle between the orientation of the signal polarization at the input of the i-th segment and one of its PSP axes,

$\theta_2$ is the angle between the PSP axes of $M^{th}$ segment and said x'-y' axes, said $M^{th}$ segment being the segment closest to said receiver, and

$\delta\phi_2$ is the additional phase difference between $E_{x'}$ and $E_{y'}$ after they are split in said receiver.

**31**. The invention as defined in claim **30** wherein said feed-forward processor supplies all said determined values for $\theta_1^i$, $\tau_{DGD}^i$, $\delta\phi^i$, $\theta_2$, and $\delta\phi_2$, to said real-time processor.

**32**. The invention as defined in claim **30** wherein said feed-forward processor only supplies values for $\theta_1^i$, $\tau_{DGD}^i$, $\delta\phi^i$, and $\theta_2$ to said real-time processor.

* * * * *