# Exhibit 18

US008023834B2

(12) **United States Patent**
**Koc**

(10) **Patent No.: US 8,023,834 B2**
(45) **Date of Patent: Sep. 20, 2011**

(54) **ADAPTIVE POLARIZATION TRACKING AND EQUALIZATION IN COHERENT OPTICAL RECEIVERS**

(75) Inventor: **Ut-Va Koc**, Bridgewater, NJ (US)

(73) Assignee: **Alcatel Lucent**, Paris (FR)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **12/779,448**

(22) Filed: **May 13, 2010**

(65) **Prior Publication Data**

US 2010/0221020 A1 Sep. 2, 2010

**Related U.S. Application Data**

(62) Division of application No. 11/644,555, filed on Dec. 22, 2006, now Pat. No. 7,747,169.

(51) **Int. Cl.**
***H04B 10/06*** (2006.01)
(52) **U.S. Cl.** ......................... **398/202**; 398/208; 398/205
(58) **Field of Classification Search** .................... 398/65, 398/74, 77, 152, 158, 159, 192–194, 199
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,782,211 | B1 | 8/2004 | Core | |
| 6,917,031 | B1 | 7/2005 | Sun et al. | |
| 7,315,575 | B2 * | 1/2008 | Sun et al. | 375/229 |
| 7,509,054 | B2 * | 3/2009 | Calabro et al. | 398/152 |
| 2004/0114939 | A1 | 6/2004 | Taylor | |
| 2007/0036555 | A1 | 2/2007 | Chen et al. | |
| 2007/0110362 | A1 | 5/2007 | Shpantzer et al. | |

OTHER PUBLICATIONS

F. Derr, "Optical QPSK Transmission System With Novel Digital Receiver Concept," Electronics Letters, vol. 27, No. 23, pp. 2177-2179, Nov. 7, 1991.
U-V. Koc et al, "Digital Coherent Quadrature Phase-Shift-Keying (QPSK)," in Proc. Optical Fiber Conference and the 2006 National Fiber Optic Engineers Conference (OFC), Anaheim, CA, Mar. 5-10, 2006, 3 pages.
D-S, Ly-Gagnon et al, "Coherent Detection of Optical Quadrature Phase-Shift Keying Signals With Carrier Phase Estimation," Journal of Lightwave Technology, vol. 24, No. 1, Jan. 2006, pp. 12-21.
T. Pfau, et al, "First Real-Time Data Recovery for Synchronous QPSK Transmission With Standard DFB Lasers," IEEE Photonics Technology Letters, vol. 18, No. 18, Sep. 15, 2006, pp. 1907-1909.
M.G. Taylor, "Accurate Digital Phase Estimation Process for Coherent Detection Using a Parallel Digital Processor," in Proc. European Conference, Optical Communication, ECOC 2005 Proceedings—vol. 2, Glasgow, UK., pp. 263-264.

(Continued)

*Primary Examiner* — Dalzid Singh
(74) *Attorney, Agent, or Firm* — John F. McCabe

(57) **ABSTRACT**

A method for operating an optical receiver includes at each of a sequence of sampling times, producing a first 2D complex digital signal vector whose first component is indicative of a phase and amplitude of one polarization component of a modulated optical carrier and whose second component is indicative of a phase and amplitude of another polarization component of the carrier. For each one of the sampling times, the method includes constructing a second 2D complex digital signal vector that is a rotation of the first 2D complex digital vector for the one of sampling times. The rotation compensates a polarization rotation produced by transmission of the modulated optical carrier between an optical transmitter and the optical receiver.

**4 Claims, 15 Drawing Sheets**



OTHER PUBLICATIONS

H. Meyr, et al, Digital Communication Receivers, Synchronization, Channel Estimation, And Signal Processing, John Wiley & Sons, Inc., New York, 1998 ch. 8 2 2 , pp. 457-463.

Reinhold Noe, "Phase Noise-Tolerant Synchronous QPSK/BPSK Baseband-Type Intradyne Receiver Concept With Feedforward Carrier Recovery", Journal of Lightwave Technology, vol. 23., No, 2, Feb. 2005, pp. 802-808.

Yan Han and Guifang Li, "Coherent Optical Communication Using Polarization Multiple-Input-Multiple-Output", Optics Express, Sep. 19, 2005/vol. 13, No. 19, pp. 7527-7534.

Andreas Leven, et al, "Frequency Estimation in Intradyne Reception," IEEE Photonics Technology Letters, vol. 19, No. 6, Mar. 15, 2007, pp. 366-368.

N. Kaneda et al, "System and Method for Receiving Coherent, Polarization-Multiplexed Optical Signals", Filing date: Jun. 23, 2006, U.S. Appl. No. 11/426,191, 25 pages.

Ut-Va Koc, "Recursive Phase Estimation for a Phase-Shift-Keying Receiver", Filing Date: Jul. 7, 2006, U.S. Appl. No. 11/483,280, 27 pages.

Y-K Chen et al, "Frequency Estimation in an Intradyne Optical Receiver", Filing Date: Dec. 22, 2006, U.S. Appl. No. 11/644,536, 29 pages.

PCT International Search Report dated May 15, 2008 (PCT/US2007/025214) 3 pages.

Zhi Ding et al, "I11-Convergence of Godard Blind Equalizers in Data Communication Systems", IEEE Transactions on Communications, vol. 39, No. 9 (Sep. 1991) pp. 1313-1327.

Dominique N. Godard, "Self-Recovering Equalization and Carrier Tracking in Two-Dimensional Data Communication Systems", IEEE Transactions on Communications, vol. COM-28, No. 11 (Nov. 1980) pp. 1867-1875.

"Adaptive equalizer", from Wikipedia, the free encyclopedia, available online at: http://en.wikipedia.org/w/index.php?title=Adaptive__equalizer&oldid=9267569, Dec. 28, 2004, 1 page.

"Recursive least squares filter", from Wikipedia, the free encyclopedia, available online at: http://en.wikipedia.org/w/index.php?title=Recursive__least__squares__filter&oldid=72784592, Aug. 30, 2006, 7 pages.

"Least mean squares filter", from Wikipedia, the free encyclopedia, available online at: http://en.wikipedia.org/w/index.php?title=Least__mean__squares__filter&oldid=94999415, Dec. 18, 2006, 6 pages.

* cited by examiner

FIG. 1A


Im
(1)
00
10
01
Re
(2)
(0)
(3)
11

FIG. 1B


Im
(2)
(3)
001
000
(1)
011
010
(4)
100
Re
(0)
101
111
110
(5)
(7)
(6)

*FIG. 1C*


Im
Re
(0)
(1)
(2)
(3)
(4)
(5)
(6)
(7)
(8)
(9)
(A)
(B)
(C)
(D)
(E)
(F)
0000
0001
0010
0011
0100
0101
0110
0111
1000
1001
1010
1011
1100
1101
1110
1111

FIG. 2



FIG. 3A


16
OW
OW
22 V
$Y_{V,1}(k)$
EL
EL
$Y_{V,2}(k)$
18
20
OW
OW
24
$Y_{H,1}(k)$
22 H
EL
14
OW
20
OW
$Y_{H,2}(k)$
EL

FIG. 3B



18
12
OH
1
2
3
4
OW
20
"V"
"H"
34A
36A
34B
36B
38A
38B
EL
$Y_{V,1}(k)$
$Y_{H,1}(k)$
$Y_{V,2}(k)$
$Y_{H,2}(k)$
24
16

*FIG. 4*


22x
A/D
40A
40B
38A
38B
EL
34A
34B
36A
36B
32A
32B
OH
OW
30
28A
28B
18
14
1
2
3
4

FIG. 5A



FIG. 5B



*FIG. 5C*


24C
46V
$Y_V(k)$
$Z_V(k)$
$D_V(k)$
ODFL
POLTRACK
SEC
$Y_H(k)$
$Z_H(k)$
$D_H(k)$
ODFL
44
46H
48
24B

FIG. 5D



FIG. 5E



FIG. 6


50
52
EVALUATE GRADIENT WITH RESPECT TO ROTATION ANGLE OF A SUM OF THE SQUARED POWER ERRORS IN THE LAST POLARIZATION ROTATED COMPLEX DIGITAL SIGNAL VECTOR Z(k)
54
UPDATE THE ROTATION ANGLE BY AN AMOUNT PROPORTIONAL TO THE EVALUATED GRADIENT OF THE SUM OF THE SQUARED POWER ERRORS

FIG. 7



FIG. 8


72
70
RECEIVE COMPLEX DIGITAL SIGNAL VALUES, YX(k)s FROM OFFICIAL HYBRID
74
EVALUATE EQUALIZED COMPLEX DIGITAL SIGNAL VALUE DX(k) CORRESPONDING TO THE RECEIVED COMPLEX DIGITAL SIGNAL VALUE YX(k) AS WEIGHTED SUM OF TEMPORALLY NEARBY YX(k)s
DOES THE EVALUATED DX(k) CORRESPOND TO A SYMBOL AX(k) OF A TRAINING SEQUENCE?
YES
NO
76
78
TRANSMIT THE EVALUATED DX(k) TO THE WUD FOR UPDATING THE COEFFICIENTS OF THE FIR FILTER
80
OUTPUT THE EVALUATED DX(k) AS AN ESTIMATE OF THE PHASE OF A DATA-CARRYING SYMBOL MODULATED ON THE RECEIVED OPTICAL CARRIER IN CORRESPONDING MODULATION PERIOD

FIG. 9



82
84
EVALUATE DIFFERENTIAL EQUALIZATION ERROR BETWEEN ESTIMATED AND ACTUAL VALUES OF TRAINING SYMBOLS
86
DETERMINE UPDATED WEIGHTS FOR FIR FILTER BASED ON THE EVALUATED ERROR AND KNOWN DIGITAL SIGNAL VALUES
92
88
LOAD TO THE FIR FILTER THE UPDATED WEIGHTS
DOES NEXT COMPLEX DIGITAL SIGNAL VALUE FROM THE FIR FILTER CORRESPOND TO A NEW TRAINING SYMBOL?
90
94
OUTPUT THE COMPLEX DIGITAL SIGNAL VALUE AS ESTIMATED PHASE FOR A DATA-CARRYING SYMBOL OF THE MODULATION OPTICAL CARRIER
ORDINARY EQUALIZATION

# ADAPTIVE POLARIZATION TRACKING AND EQUALIZATION IN COHERENT OPTICAL RECEIVERS

This is a divisional of patent application Ser. No. 11/644,555, filed Dec. 22, 2006 now U.S. Pat. No. 7,747,169.

## BACKGROUND

1. Field of the Invention

The invention relates to coherent optical receivers and methods of operating coherent optical receivers.

2. Discussion of the Related Art

This section introduces aspects that may be helpful to facilitating a better understanding of the inventions. Accordingly, the statements of this section are to be read in this light and are not to be understood as admissions about what is in the prior art or what is not in the prior art.

In optical communication systems, a variety of schemes have been considered for implementing coherent detection. While homodyne detection is often desirable, there is a significant difficulty with implementing homodyne detection in optical communications systems at high data rates. Homodyne detection involves phase locking to the received carrier, and phase locking is often complex to achieve for an optical carrier. Partially due to this deficiency of optical homodyne detection, heterodyne and intradyne detection have also been considered for coherent optical receivers.

In intradyne detection, the receiver uses a local oscillator to down mix the data-carrying carrier. Nevertheless, the local oscillator of the receiver is not tightly phase or frequency locked to the data-carrying optical carrier. Instead, the local oscillator of the receiver has a frequency that loosely configured to be closer to the frequency of the data-carrying carrier than the bandwidth of the data-carrying carrier. Thus, an intradyne optical receiver would not typically have an optical phase locked loop. Due to the absence of optical phase locked loops, intradyne optical receivers may offer advantages in coherent optical detection.

Coherent detection may be used to recover data transmitted via a phase-shift-keying (PSK) modulation scheme. Nevertheless, the performance of a receiver of PSK modulated data is typically sensitive to frequency offsets and carrier linewidths. For that reason, efficiently implementing an intradyne optical receiver for PSK modulated optical carriers has posed some challenges.

## BRIEF SUMMARY

Various embodiments use digital signal processing to handle issues associated with recovering data from optical carriers that are modulated via phase-shift-keying (PSK). Through digital signal processing, some embodiments provide for adaptive polarization tracking, and some embodiments provide for adaptive equalization. Such digital signal processing may compensate for optical inter-symbol interference (OISI) even when the optical communications channel causes the carrier's polarization to vary in time and/or introduces a polarization-dependent phase shift.

Herein, a hybrid optical detector has one or more optical ports for inputting light with one or more properties to be measured and includes one or more electrical output ports for outputting one or more electrical signals indicative of the value(s) of the one or more properties for the light input to the one or more optical ports.

One embodiment features an apparatus that includes an optical receiver configured to recover data from a PSK modulated optical carrier. The optical receiver includes an optical detector and a digital processor. The optical detector is configured to produce a sequence of vectors having first and second digital components. Each first component is indicative of a complex value of a first polarization component of the modulated optical carrier at a corresponding sampling time. Each second component is indicative of a complex value of a different second polarization component of the modulated optical carrier at the sampling time. The digital processor is connected to receive the vectors and is configured to perform a rotation on each received vector individually in a manner that compensates for polarization rotations produced by transmitting the modulated optical carrier from an optical transmitter thereof to the optical receiver.

In some embodiments of the apparatus, the digital processor is configured to iteratively update each angle of the rotation by an amount proportional to a difference between magnitudes of the components of a vector produced by an earlier one of the rotations. The digital processor may be configured to evaluate an error in the amplitude of one of the components of the rotated vectors. The digital processor may be configured to equalize the first components of the rotated vectors based on differential phase errors between successive ones of the first components of the rotated vectors. The digital processor may also be configured to equalize the second components of the rotated vectors based on differential phase errors between successive ones of the second components of the rotated vectors.

In some embodiments of the apparatus, the digital processor is configured to rotate the received vectors without performing cross equalization between the first and second components of the vectors.

In some embodiments of the apparatus, the processor is configured to perform the rotations in a manner that tends to equalize amplitudes of the first second components.

In some embodiments of the apparatus, the hybrid optical detector includes an optical hybrid configured to output first mixtures of the modulated optical carrier and a reference optical carrier at first outputs and to output second mixtures of the carriers having different relative phases at second outputs. In such embodiments, the digital processor may be configured to equalize the first components of the rotated vectors based on evaluated differential phase errors between successive ones of the first components of the rotated vectors.

Another embodiment features an apparatus including an optical receiver configured to recover data PSK modulated onto a received optical carrier. The optical receiver includes an optical detector and a digital processor. The optical detector is configured to produce a sequence of vectors having first digital electrical signal components. Each first electrical digital signal component is indicative of a value of one polarization component of the received optical carrier at a corresponding sampling time. The digital signal processor is connected to receive the first digital electrical signal components and to equalize the first digital electrical signal components in a manner responsive to differential phase errors between successive ones of the first digital electrical signal components.

In some embodiments of the apparatus, the optical detector is configured to produce second digital electrical signal components of the vectors. Each second digital electrical signal component is indicative of a value of another polarization component of the received optical carrier at the corresponding sampling time. The digital processor may be configured to equalize the second digital electrical signal components in a

manner responsive to differential phase errors between successive ones of the second digital electrical signal components.

In some embodiments of the apparatus, the digital processor may include a device configured to function as a FIR filter that equalizes the first digital electrical signal components by producing a weighted sum of (2L+1) successive ones of the first digital electrical signal components, wherein L is greater than or equal to one. The digital processor may also include a weight updating device that is configured to update weights defining the sum based on the differential phase error.

Another embodiment features a method for operating an optical receiver. The method includes at each of a sequence of sampling times, producing a first 2D complex digital signal vector whose first component is indicative of a phase and amplitude of one polarization component of a modulated optical carrier and whose second component is indicative of a phase and amplitude of another polarization component of the carrier. For each one of the sampling times, the method includes constructing a second 2D complex digital signal vector that is a rotation of the first 2D complex digital vector for the one of sampling times. The rotation compensates a polarization rotation produced by transmission of the modulated optical carrier between an optical transmitter and the optical receiver.

In some embodiments, the method further includes iteratively updating each angle of the rotation by an amount proportional to a difference between magnitudes of the components of a vector produced by an earlier one of the rotations.

In some embodiments, the method further includes prior to one of the acts of constructing, updating a form of the rotation for the one of the acts of constructing such that said one of the acts of constructing produces a second 2D complex digital signal vector whose first and second components have better equalized amplitudes.

In some embodiments, the method further includes equalizing first components of the second 2D digital signal complex vectors based on differential phase errors between successive ones of the first components of the second 2D complex digital signal vectors. The method may be such that the equalizing of each first component includes producing a weighted sum of (2L+1) successive ones of the first components of the second 2D complex digital signal vectors, wherein L is greater than or equal to one.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. **1**A, **1**B, and **1**C illustrate quadrature PSK (QPSK), eight PSK (8 PSK), and sixteen PSK (16 PSK) symbol constellations that may be implemented in the embodiments described herein;

FIG. **2** is a block diagram illustrating an optical communication system;

FIG. **3**A is a block diagram illustrating one embodiment of the coherent optical receiver shown in FIG. **2**;

FIG. **3**B is a block diagram illustrating an alternate embodiment of the coherent optical receiver of FIG. **2** that includes a single optical hybrid;

FIG. **4** is a block diagram illustrating one embodiment of the hybrid optical detector of FIG. **3**A;

FIG. **5**A is a block diagram illustrating an embodiment of the digital signal processors (DSPs) of FIGS. **3**A and **3**R that compensates for propagation-induced polarization rotations;

FIG. **5**B is a block diagram illustrating an embodiment of the DSPs of FIGS. **3**A-**3**B that provides equalization;

FIG. **5**C is a block diagram illustrating an embodiment of the DSP of FIGS. **3**A and **3**B that both compensates for propagation-induced polarization rotations and provides equalization;

FIG. **5**D is a block diagram illustrating an embodiment of the DSP of FIGS. **3**A and **3**B that provides equalization in a optical communications system without polarization multiplexing;

FIG. **5**E is a block diagram illustrating an embodiment of the DSP of FIGS. **3**A and **3**B that corrects propagation-induced polarization rotations and provides equalization in a optical communications system without polarization multiplexing;

FIG. **6** is a flow chart illustrating a process for updating the rotation angle that defines the polarization rotation dune by the DSP of FIG. **5**A;

FIG. **7** is a block diagram illustrating one structure for the ODLF equalizers in the DSP of FIG. **5**B;

FIG. **8** is a block diagram illustrating one method of operating the ODLF equalizer illustrated by FIG. **7**; and

FIG. **9** is a block diagram illustrating one method of updating the weight coefficients of the FIR filter in the ODLF equalizer of FIG. **7**.

In the Figures and text, like reference numerals indicate elements with similar functions.

In the Figures, the relative dimensions of some features may be exaggerated to more clearly illustrate one or more of the structures therein.

Herein, various embodiments are described more fully by the Figures and the Detailed Description of Illustrative Embodiments. Nevertheless, the inventions may be embodied in various forms and are not limited to the embodiments described in the Figures and Detailed Description of Illustrative Embodiments.

## DETAILED DESCRIPTION OF ILLUSTRATIVE EMBODIMENTS

Methods and apparatus for optical data transmission and coherent optical reception, which may be useful in embodiments herein, are described in U.S. patent application Ser. No. 11/204,607, which was filed on Aug. 15, 2005, by Young-Kai Chen et al and is incorporated herein by reference in its entirety. Herein, this U.S. patent application of Y. K. Chen et al will be referred to at the '607 Application.

An optical receiver converts a received PSK modulated optical carrier into a stream of digital data symbols. To efficiently do such conversion, some embodiments of the intradyne optical receivers described herein may include one or more specific adaptations. One specific adaptation is directed towards compensating for the lack of frequency and phase synchronization between the local optical oscillator of the intradyne optical receiver and the modulated optical carrier. Another specific adaptation is directed towards compensating or correcting a lack of polarization lock between the optical receiver's local optical oscillator and the modulated optical carrier. One or more specific adaptations are also directed towards compensating for or correcting one or more of the degradations to the modulated optical carrier, which are produced by the optical communications channel. These degradations may include amplified spontaneous emission (ASE) noise, which is produced by in-line optical amplifiers and/or optical inter-symbol interference, which may be caused by chromatic dispersion or polarization mode dispersion (PMD), and polarization rotations, which were caused by PMD.

FIGS. 1A-1C illustrate a few symbol constellations that may be used to modulate data onto the optical carrier in optical communications systems described herein. The constellations include a quadrature PSK (QPSK) constellation of FIG. 1A, an eight PSK (8 PSK) constellation of FIG. 1B, and a sixteen PSK (16 PSK) constellation of FIG. 1C. The QPSK, 8 PSK, and 15 PSK constellations have 4, 8, and 16 symbols, respectively, which are shown as points (1), (2), . . . , (16) in the complex plane. In the various embodiments, the symbols of the selected PSK constellation are modulated onto the phase of the optical carrier, i.e., as a factor of the form exp $(i\theta_S)$. For the QPSK, 8 PSK, and 16 PSK constellations, the variable $\theta_S$ may belong to $\{0, \pi/2, \pi, 3\pi/2\}$, $\{0, \pi/4, \pi/2, 3\pi/4, \pi, 5\pi/4, 3\pi/2, 7\pi/4\}$, and $\{0, \pi/8, \pi/4, 3\pi/8, \ldots, 15\pi/8\}$, respectively. In various embodiments, the symbols of these PSK constellations may also be used to differentially encode data words with 2, 3, and 4 bits, respectively, e.g., as by the mappings of 2, 3, and 4 bit words in FIGS. 1A-1C.

FIG. 2 illustrates generally an optical communications system 10 in which a PSK modulated optical carrier communicates the data. The optical communications system 10 includes an optical transmitter 12, an optical communications channel 14, and an optical receiver 16. The optical transmitter 12 modulates a continuous light wave to have a sequence of symbols in a selected PSK format, e.g., QPSK, 8 PSK, or 16 PSK. The optical transmitter 12 may PSK modulate optical pulses having a non-return-to-zero (NRZ) or a return-to-zero (RZ) format. The optical transmitter 12 either modulates one PSK symbol stream onto the linear polarization component(s) of the optical carrier or modulates an independent PSK symbol stream onto each of the linear polarization components of the optical carrier. The later technique is known as polarization multiplexing. The optical communications channel 14 transports the PSK modulated optical carrier from the optical transmitter 12 to the optical receiver 16. The optical communications channel 14 may include a free-space optical link and/or a single or multi-span optical or all-optical fiber transmission line. The optical receiver 16 recovers one or two estimated symbol streams from the modulated optical carrier that is received from the optical communications channel 14, i.e., depending on whether the optical carrier has been polarization multiplexed.

FIG. 3A illustrates one embodiment of the optical receiver 16 of FIG. 2. The optical receiver 16 includes a local optical oscillator 18, two optical polarization splitters 20, two 2×2 hybrid optical detectors $22_V$, $22_H$, a digital signal processor (DSP) 24, and a plurality of optical waveguides (OWs) and electrical lines (ELs) that connect elements 18, 20, $22_V$, $22_H$, 24 therein. Herein, the letters "V" and "H" will be used to designate tow different linear polarization components, e.g., the mutually orthogonal "vertical" and "horizontal" components of a lab frame.

The local optical oscillator 18 produces a continuous-wave (CW) reference optical carrier at about the wavelength of the optical carrier that is received from the optical communications channel 14. The local optical oscillator 18 is a coherent light source, e.g., an environmentally stabilized diode laser. The local optical oscillator 18 will frequency down-mix the received optical carrier in the hybrid optical detectors $22_V$, $22_H$. For that reason, the local optical oscillator 18 is setup to output the reference optical carrier with a frequency, $\omega_{RC}$, that is approximately equal to the frequency, $\omega_{MC}$, of the modulated optical carrier received from the optical communications channel 14. Nevertheless, the optical receiver 16 does not have an optical phase lock loop (PLL) that tightly locks the phase of CW reference optical carrier to the phase of the modulated optical carrier that is received from the optical communications channel 14. Indeed, line widths of the light from the local optical oscillator 18 and/or the optical transmitter 12 may produce frequency variations sufficient to destroy any such tight phase synchronization between the modulated and reference optical carriers. Thus, the reference optical carrier and modulated optical carrier may have a phase offset that drifts substantially in time.



Even in the absence of frequency locking, some embodiments of the optical receiver 16 may be able to function as intradyne detectors. In these embodiments, the optical transmitter 12 may use, e.g., a frequency-stabilized light source to produce the optical carrier, and the local optical oscillator 18 may use, e.g., a frequency-stabilized light source to produce the reference optical carrier.

The two optical polarization splitters 20 separate the reference optical carrier from the local optical oscillator 18 and the modulated optical carrier from the optical communications channel 14 into linear polarization components "H" and "V", which are substantially orthogonal, e.g., the "vertical" and "horizontal" components in a lab frame. Each optical polarization splitter 20 transmits light of the V linear polarization component to one optical input of the 2×2 hybrid optical detector $22_V$ and transmits light of the substantially orthogonal H linear polarization to one optical input of the other 2×2 hybrid optical detector $22_H$. Thus, each 2×2 hybrid optical detector $22_V$, $22_H$ receives light from the local optical oscillator 18 on one of its optical inputs and receives light from the optical communications channel 14 on the other of its optical inputs.

The hybrid optical detectors $22_V$, $22_H$ coherently mix light received at their optical inputs and output digital measures of the resulting mixtures at their electrical outputs. In particular, each hybrid optical detector $22_V$, $22_H$ outputs a complex digital signal value at its electrical outputs. The complex digital signal value is indicative of the complex amplitude of the corresponding polarization component of the modulated optical carrier as frequency down-mixed by the reference optical carrier, i.e., the complex digital signal includes amplitude and phase information. The hybrid optical detectors $22_V$, $22_H$ produce the complex digital signal values by sampling electrical signal levels of optical detectors therein, i.e., at a sampling frequency that is the modulated frequency of the optical carrier generated by the optical transmitter 12 or an integer multiple thereof. In the k-th sampling period, the hybrid optical detectors $22_V$ and $22_H$ output respective complex digital signal values that will be referred to as $Y_V(k)$ and $Y_H(k)$ where $Y_V(k)=\mathrm{Re}[Y_V(k)]+i\cdot\mathrm{Im}[Y_V(k)]$ and $Y_H(k)=\mathrm{Re}[Y_H(k)]+i\cdot\mathrm{Im}[Y_H(k)]$.

The DSP 24 constructs one or more output streams of estimated digital symbols, i.e., D(k)s, from the one or two streams of complex digital data values output by the hybrid optical detectors $22_V$, $22_H$, i.e., the streams of $Y_V(k)$s and $Y_V(k)$s. In the output stream, each D(k) is an estimate of a symbol of a PSK constellation that is carried by the modulated optical carrier at a modulation period "k". The DSP 24 may perform various types of digital processing on the streams of complex digital signal values, i.e., the streams $Y_H(k)$, $Y_H(k+1)$, . . . and $Y_V(k)$, $Y_V(k+1)$, . . . , to produce the one or more output stream of estimated symbols. The digital processing may compensate for or correct signal degradations that are due to, e.g., PMD, chromatic dispersion, noise, and/or linewidths of the optical transmitter 12 and local optical oscillator 18.

FIG. 4 illustrates a hybrid optical detector $22_X$ that is configured to detect a QPSK modulated optical carrier, e.g., an exemplary embodiment of the hybrid optical detectors $22_V$, $22_H$ of FIG. 3. Here and below, the subscript "X" may refer to

either the "H" linear polarization component or the "V" linear polarization component as appropriate. The hybrid optical detector $22_X$ includes an optical hybrid (OH) and first and second optical detectors that measure light intensities output by the optical hybrid OH via digital sampling.

The optical hybrid includes two 1×2 optical intensity splitters **28**A, **28**B; an optical phase delay **30**; and two 2×2 optical mixers **32**A, **32**B as well as optical waveguides OW connected to various ones of these elements. The optical hybrid produces at two pairs of optical outputs, e.g., the pair (1, 2) and the pair (3, 4), interfered mixtures of the modulated and reference optical carriers. The relative intensities of the mixtures at the two outputs of each pair are sensitive to relative phases of the light interfered. The relative phases of the interfered mixtures are different at the first pair (1, 2) of optical outputs than at the second pair (3, 4) of optical outputs. Exemplary optical hybrids that may be suitable for the optical receivers **16**, **16'** of FIGS. **1**A, **1**B, and **2** are described, e.g., in U.S. patent application Ser. No. 11/426,191, entitled "System And Method For Receiving Coherent, Polarization-Multiplexed Optical Signals", which was filed by Noriaki Kaneda and Andreas Leven on Jun. 23, 2006 and is incorporated herein by reference in its entirety.

Each optical detector includes one pair **34**A, **34**B of matched photodiodes **36**A, **36**B; a differential amplifier **38**A, **38**B; and analog-to-digital converters **40**A, **40**B as well as electrical lines EL interconnecting various ones of these elements. Each optical detector measures the optical signals at one pair of the optical outputs of the optical hybrid OH, i.e., the pair (1, 2) or the pair (3, 4). Indeed, each optical detector produces a sequence of digital electrical values by sampling the intensities of the interfered carriers at one pair of the optical outputs of the optical hybrid.

Each of the 1×2 optical intensity splitters **28**A, **28**B power splits received light so that about 50 percent of said light is directed to each of its optical outputs. One of the 1×2 optical intensity splitters **28**A is connected to receive and power split light from the local optical oscillator **18**. The other of the 1×2 optical intensity splitters **28**B is connected to receive and power split light of the modulated optical carrier that is received from the optical communications line **14**. Each 1×2 optical intensity splitter **28**A, **28**B connects by an optical waveguide OW to deliver light to an optical input of the 2×2 optical mixer **32**A and connects by another optical waveguide OW to deliver light to an optical input of the other 2×2 optical mixer **32**B.

Then, the optical phase delay **30** and waveguides OW introduce a relative phase delay, Δ, between the light transmitted from the 1×2 optical splitter **28**B to the 2×2 optical mixer **32**A and the light transmitted from the 1×2 optical splitter **28**B to the 2×2 optical mixer **32**B. Typically, the relative phase delay, Δ, is between π/3 and 2π/3 modulo Nπ. The relative phase delay, Δ, is preferably between 3π/8 and 5π/8 modulo Nπ and is more preferably about π/2 modulo Nπ. Here, N is an integer. In contrast, the other optical waveguides OW do not introduce a substantial relative phase delay, i.e., modulo Nit, between the light transmitted from the other optical intensity splitter **28**A to the optical mixer **32**A and the light transmitted from the other optical intensity splitter **28**A to the optical mixer **32**B.

Alternately, the optical phase delay **30** may be connected to one of the optical outputs of the 1×2 optical splitter **28**A rather than to one of the optical outputs of the 1×2 optical splitter **28**B (not shown). Then, the optical phase delay **30** would introduce a relative phase delay, Δ, between light transmitted from the 1×2 optical splitter **28**A to the 2×2 optical mixer **32**A and the light transmitted from the 1×2 optical splitter **28**A to the 2×2 optical mixer **328**. Such a relative phase delay, ^, is between π/3 and 2π/3 modulo Nπ. The relative phase delay, Δ, is preferably between 3π/8 and 5π/8 modulo Nit and is more preferably about π/2 modulo Nπ. Here, N is an integer. In such embodiments, the optical waveguides OW between the other optical intensity splitter **28**B and the optical mixers **32**A, **32**B introduce substantially no relative phase delay, i.e., modulo Nπ, between the light delivered to the two optical mixers **32**A, **32**B.

In the hybrid optical detector $22_X$, each of the 2×2 optical mixers **32**A, **32**B is connected to receive the same linear polarization component of the modulated optical carrier and the reference optical carrier. The optical mixers **32**A, **32**B mix, i.e., interfere, the light received at their optical inputs to produce preselected combinations of said light at their optical outputs. The optical mixers **32**A, **32**B may be, e.g., conventional or multi-mode interference (MMI) devices.

The 2×2 optical mixers **32**A, **32**B produce frequency down-mixed versions of the modulated optical carrier. The first optical mixer **32**A mixes the light received its optical inputs so that the difference between the light intensities at its optical outputs is indicative of the phase difference, i.e., $(\phi + t\cdot[\omega_{MC} - \omega_{RC}])$, between the light received from the optical communications channel **14** and the light received from the local optical oscillator **18**. Here, $\omega_{MC}$ and $\omega_{LC}$ are the frequencies of the modulated optical carrier and the reference optical carrier, respectively, "t" is time, and ϕ is a phase offset. In particular, the light intensity at the first optical output **1** of the first optical mixer **32**A minus the light intensity at the second optical output **2** of the first optical mixer **32**A is proportional to the amplitudes of the light at the two optical inputs of the first optical mixer **32**A times a relative phase dependent factor, e.g., $\sin(\phi + t\cdot[\omega_{MC} - \omega_{RC}])$. Similarly, the second optical mixer **32**B also mixes the light received at its optical inputs so that the difference between the light intensities at its optical outputs **3**, **4** is indicative of the phase difference, i.e., $(\phi + t\cdot[\omega_{MC} - \omega_{RC}])$, between the light received from the optical communications channel **14** and the light received from the local optical oscillator **18**. In particular, if the above-discussed relative phase delay Δ is π/2 mode 2Nπ where N is an integer, then, the light intensity at the first optical output **3** of the second optical mixer **32**B minus the light intensity at the second optical output **4** of the second optical mixer **32**B is proportional to the amplitudes of the light at the two optical inputs of the second optical mixer **32**B times a different relative phase dependent factor, e.g., $\cos(\phi + t\cdot[\omega_{MC} - \omega_{RC}])$.

At each optical output **1**-**4** of the 2×2 optical mixers **32**A, **32**B, a corresponding photo-diode **36**A, **36**B is positioned to detect the intensity of the output light. The photo-diodes form two pairs **34**A, **34**B of balanced or matched light-sensitivity. In the pairs **34**A, **34**B, each photo-diode **36**A, **36**B generates at one input of a differential amplifier **38**A, **38**B a voltage or a current indicative of the detected light intensity.

Each differential amplifier **38**A, **38**B outputs an analog voltage, i.e., $V_{X,1}$ or $V_{X,2}$, proportional to a voltage difference applied to its two inputs.

From the analog voltages $V_{X,1}$ and $V_{X,2}$, the first and second A/D converters **40**A, **40**B produce respective first and second temporal sequences of digital signal values, i.e., $Y_{X,1}(k)$, $Y_{X,1}(k+1)$, . . . and $Y_{X,2}(k)$, $Y_{X,2}(k+1)$, . . . . To produce these sequences, the A/D converters **40**A, **40**B sample the analog voltages $V_{X,1}$ and $V_{X,1}$ at sampling rate that may be equal to the symbol/modulation rate or may be an integer multiple of the modulation/symbol rate. The A/D converters **40**A, **40**B transmit the digital signal values $Y_{X,1}(k)$ and $Y_{X,2}(k)$ to the DSP **24** at the k-th sampling period.

Each complex digital signal value $Y_X(k)=Y_{X,1}(k)+iY_{X,2}(k)$ can be modeled as having the form:

$$Y_X(k)=B_X(k)\cdot\exp[i\cdot\phi_X(k)]+N_X(k) \quad (1)$$

In the above equation, $B_X(k)$ and $\phi_X(k)$ are the amplitude and phase, and $N_X(k)$ is a noise at sampling period "k". The phase $\phi_X(k)$ may be represented as $\Phi_B(k)+\Phi_S(k)+k\cdot T\cdot(\omega_{MC}-\omega_{RC})$ where T is the sampling period, $\Phi_B(k)$ is the phase for a PSK symbol, and $\Phi_S(k)$ is an aggregate phase noise. The aggregate phase noise $\Phi_S(k)$ may obtain substantial contributions due to the line width of the optical transmitter **12** and/or of the local optical oscillator **18** of FIGS. **2**-**3**.

Referring again to FIG. **3**, the DSP **24** processes a 2D complex digital vector Y(k), i.e., $Y(k)=[Y_V(k), Y_H(k)]^T$ at each sampling period "k". (Herein, superscripts "$^\dagger$" and "$^T$" mean Hermetian conjugation and matrix transposition, respectively.) The vector Y(k) corresponds to a 2D vector P(k) whose components are the actual modulation phases that the optical receiver **16** is attempting to recover from the received modulated optical carrier. That is, $P(k)=[P_V(k), P_H(k)]^T$ where the phases $P_V(k)$ and $P_H(k)$ were modulated by the optical transmitter **12** onto the respective "V" and "H" polarization components of the optical carrier at a corresponding modulation time. Due to transmission and reception signal degradation, the vector Y(k) often differs from the original vector P(k). The DSP **24** may perform various types of digital processing of the Y(k)s to recover better estimates of the original P(k)s.

FIG. **3**B illustrates an alternate embodiment for an optical receiver **16'**. The optical receiver **16'** is an optical detector that includes a local optical oscillator **18**; a single optical hybrid OH; four optical polarization splitters **20**, four pairs **34**A, **34**B of matched or balanced photo-diodes **36**A, **36**B; four differential amplifiers **38**A, **38**B; DSP **24**; and optical waveguides OW and electrical lines EL connecting said elements. In the optical receiver **16'**, each element has a similar construction and/or function as the similarly referenced elements of the optical receiver **16** of FIGS. **3**A and **4**, e.g., elements referenced as **18**, **20**, **34**A, **34**B, **36**A, **36**B, **38**A, **38**B, OW, EL. Also, the optical receiver **16'** receives and outputs similar optical and electronic signals. In addition, the digital sampled values $Y_{V,1}(k)$, $Y_{V,2}(k)$, $Y_{H,1}(k)$, $Y_{H,2}(k)$ that are transmitted to the DSP **24** are similar in the optical receiver **16** and the optical receiver **16'**. For that reason, both optical receivers **16**, **16'** can have substantially identical DSPs **24**.

The optical receiver **16'** performs polarization splitting at optical outputs **1**, **2**, **3**, **4** of the optical hybrid OH rather than prior to transmitting light thereto. Each optical polarization splitter **20** transmits the two polarization components of the light from one optical output **1**, **2**, **3**, **4** of the optical hybrid OH to different photo-diodes **36**A, **36**D. For that reason, the optical receiver **16'** has a single optical hybrid OH rather than two optical hybrids OH as in the optical receiver **16** of FIGS. **1**A and **2**.

In the optical receiver **16'**, the optical hybrid OH may be a bulk optical hybrid rather than a planar optical hybrid OH as illustrated in FIG. **4**. Suitable bulk optical hybrids are commercially sold by Optoplex Corporation of 3374-3390 Gateway Boulevard, Fremont, Calif. 94538, United States (online at www.optiplex.com).

With respect to the optical receivers **16**, **16'** of FIGS. **3**A and **3**B exemplary types of digital processing therein are illustrated by specific embodiments of DSPs **24**A, **24**B, **24**C, **24**D, **24**E shown in FIGS. **5**A-**5**E.

Referring to FIGS. **5**A and **5**C, the DSPs **24**A, **24**C include a polarization tracking unit (PolTrack) **44**. The PolTrack unit **44** performs a linear transformation on each received 2D complex vector Y(k) individually to produce a 2D complex vector Z(k), i.e., $Z(k)=[Z_V(k),Z_H(k)]^T$. The linear transformation is given by:

$$Z(k)=J(k)\cdot Y(k) \quad (2)$$

Here, the 2×2 matrix J(k) performs a rotation. Thus, the components of J(k) are:

$$J_{11}=J_{22}=\cos[\theta(k)] \text{ and } J_{21}=-J_{12}=\sin[\theta(k)]. \quad (3)$$

The single rotation angle θ(k) defines the matrix. J(k). The rotation angle θ(k) is regularly updated to track changes that are caused by a temporal evolution of the optical communications channel **14**. The updating of the rotation angle θ(k) is configured so that the "V" and "H" components of the rotated vector Z(k) and the original phase modulation vector P(k) remain substantially aligned. In particular, the PolTrack unit **44** transforms the Y(k)s to track polarization rotations produced by propagation from the optical transmitter **12** through the optical communications channel **14**.

FIG. **6** illustrates a method **50** for dynamically updating the rotation angle θ(k). For example, the PolTrack unit **44** may be configured to perform the updating method **50**. The PolTrack unit **44** may perform the method **50** during each sampling period during ordinary operation or may perform the method **50** to update θ(k) less frequently.

For each update of the rotation angle θ(k), the method **50** includes evaluating a gradient with respect to the rotation angle θ(k) of a sum of the squared power errors in the components of the 2D complex digital signal vector Z(k) last produced by the PolTrack unit **44** (step **52**). The "V" and "H" components of Z(k) have respective power errors $e_V(k)$ and $e_H(k)$, which are given by:

$$e_V(k)=|P_V(k)|^2-|Z_V(k)|^2=1-|Z_V(k)|^2 \text{ and}$$

$$e_H(k)=|P_H(k)|^2-|Z_H(k)|^2=1-|Z_H(k)|^2. \quad (4)$$

Above, the second forms for the power errors follow, because $P_V(k)$ and $P_H(k)$ are phases up to a constant amplitude, which has been taken as one. From the above definition of Z(k), the θ(k)-gradients of $e_V(k)$ and $e_V(k)$ can be shown to satisfy:

$$\begin{aligned}\partial_{\theta(k)}[e_H(k)] &= -\partial_{\theta(k)}[e_V(k)] \\ &= [|Y_H(k)|^2-|Y_V(k)|^2\cdot\sin[2\theta(k)] - \\ &\quad 2\cdot Re[Y_V(k)\cdot Y_H^*(k)]\cdot\cos[2\theta(k)].\end{aligned} \quad (5)$$

The gradient with respect to the rotation angle θ(k) of the sum of the squared power errors of the 2D complex vector Z(k) is $\partial_\theta[(e_H(k))^2+(e_V(k))^2]$. From eqs. (4)-(5), this expression may be seen to satisfy:

$$\partial_\theta[(e_H(k))^2+(e_V(k))^2]=\gamma[|Z_V(k)|^2-|Z_H(k)|^2]\partial_\theta[e_H(k)]. \quad (6)$$

The performance of step **52** may include evaluating $\partial_\theta[e_H(k)]$ with eq. (5) and the, using the value of $\partial_\theta[e_H(k)]$ to evaluate the right hand side of eq. (6).

For each update of the rotation angle θ(k), the method **50** includes updating the last rotation angle θ(k) by an amount that is proportional to the evaluated gradient of the squared power errors for the two components of the last evaluated vector Z(k) (step **54**). From above eq. (6), the step **54** includes performing on the rotation angle the iterative update:

$$\theta(k+1)=\theta(k)+\gamma[|Z_V(k)|^2-|Z_H(k)|^2]\partial_\theta[e_H(k)]. \quad (7)$$

Here, γ is a preselected positive number that fixes the size of an update step. From eq. (7), the update step **54** involves adding a correction to θ(k), wherein the correction is proportional to a difference between $|Z_V(k)|$ and $|Z_H(k)|$, i.e., the

update is proportional to $|Z_V(k)|-|Z_H(k)|$. The updated rotation angle will be used by the PolTrack unit **44** to rotate the next complex digital signal vector Y(k) that is received from the hybrid optical detectors $\mathbf{22}_V$, $\mathbf{22}_H$.

The above method **50** updates the rotation angle θ(k) in a manner configured to equalize energies of the polarization components of the vector Z(k) produced by the PolTrack unit **44**.

In addition, neither the polarization tracking transformation of eq. (1) nor the update method **50** involve equalization. For example, each iterative update of the rotation angle 0(k) is based on energy errors of one earlier sampling period. Also, the rotation of eq. (1) does not involve the equalization of individual polarization components of the complex digital signal vector Y(k). In particular, the performance of the method **50** does not includes cross equalization of the two polarization components $Y_V(k)$ and $Y_H(k)$ of the complex digital signal vector Y(k) together. During performance of the method **50**, neither polarization component of the vector Y(k) gets replaced by a weight sum of the component of the digital signal vector Y(k) at earlier sampling times wherein the sum includes the other polarization component. Due to the lack of a reliance on equalization, the PolTrack unit **44** can be a simpler and faster hardware device.

As illustrated by eqs. (5) and (7), the method **50** does not require knowledge of the specific phase data being transmitted. For that reason, the method **50** may be implemented without transmission of a preselected sequence of training symbols. Indeed, the PolTrack unit **44** may effectively implement the method **50** whether the symbol sequences modulated onto the "V" and "H" polarization components are the same or independent sequences. With the method **50**, the PolTrack unit **44** can operate effectively when the optical transmitter **12** polarization multiplexes data onto the transmitted optical carrier and can otherwise aid to implement a polarization-diverse embodiment of the optical receiver **16**.

Referring to FIG. **5**B, the DSP **24**B includes two optical linear differential filter (OLDF) equalizers **46**V, **4611**. Optionally, the DSP **24**B includes a symbol estimate combiner (SEC) **48**, e.g., for embodiments of optical receivers **16**, **16'** configured to receive modulated optical carriers on which data is not polarization multiplexed. The ODLF equalizer **46**V processes the sequence of 2D complex digital $Y_V(k)$s to produce a sequence of complex digital $D_V(k)$s in which the temporal broadening effects of optical inter-symbol interference (OISI) are reduced. The ODLF equalizer **46**H processes the sequence of complex digital $Y_H(k)$s to produce a sequence of complex digital $D_H(k)$s in which the temporal broadening effects of OISI are reduced. The ODLF equalizers **46**V, **46**H are illustrated in FIG. **7** where "X" refers to the "V" or "H" linear polarization components as appropriate.

FIG. **7** illustrates an exemplary structure for the ODLF equalizer **46**X. The ODLF equalizer **46**X includes a finite impulse response (FIR) filter **60**, a weight updating device (WUD) **62**, one sample period delays (D), and a serial-load parallel-output shift register (SR) **64**. From the $Y_X(k)$s, the FIR filter **60** produces equalized complex $D_X(k)$s via method **70** of FIG. **8**. In addition, the WUD **62** performs updates of the (2L+1) complex coefficients of the FIR filter **60**, i.e., the coefficients $C_{X,-L}(k), \ldots, C_{X,0}(k), \ldots, C_{X+L}(k)$, via a method **82** of FIG. **9**. Such updates of the coefficients of the FIR filter **60** are done regularly so that equalization performed by the ODLF equalizer **46**X tracks changes in the optical communications channel **14**.

FIG. **8** describes the method **70** for performing equalization with the ODLF **46**X of FIG. **7**. The method **70** includes serially receiving the sequence of the appropriate complex



digital signal values, i.e., the $Y_X(k)$s, from an optical hybrid OH in the optical receiver **16**, **16'** of FIG. **3**A or **3**B (step **72**). The method **70** includes evaluating an equalized complex digital signal value $D_X(k)$ for each received complex digital signal value $Y_X(k)$, e.g., one $D_X(k)$ may be evaluated for each of the $Y_X(k)$s (step **74**). The evaluating step **74** involves forming a weighted average of (2 L+1) of the consecutively received complex digital signal values. That, is the sum is a weighted average over the (2 L+1) temporally neighboring values, e.g., the values $Y_X(k-L), \ldots, Y_X(k+L)$. Here, L is a positive integer defining the width of the equalization region. In particular, the FIR filter **60** may evaluate each equalized complex digital signal value $D_X(k)$ as the weighted average defined by:

$$D_X(k)=C_X(k)^{\dagger}\cdot Y_X(k)=\Sigma^{L}_{j=-L}[C_{X,j}{}^*(k)\cdot Y_X(k-j)]. \tag{8}$$

In above eq. (8), the (2L+1) dimension complex vectors $C_X(k)$ and $Y_X(k)$ are given by:

$$C_X(k)=[C_{X,-L}(k), \ldots, C_{X,+L}(k)]^T \text{ and} \tag{9}$$

$$Y_X(k)=[Y_X(k+L), \ldots, Y_X(k-L)]^T. \tag{10}$$

In eqs. (9) and (10), the complex weight vector $C_X(k)$ has components, i.e., $C_{X,-L}(k), \ldots, C_{X,+L}(k)$, which are the weight coefficients of the FIR filter **60**. In light of the above disclosure, one of skill in the art would be able to make fabricate an exemplary FIR filter **60** suitable to form the weighted average of eq. (8). The method **70** also includes determining whether the equalized complex digital signal value(s) evaluated for each modulation period, i.e., one or more $D_X(k)$s, correspond(s) to a modulation phase $P_X(k)$ of a symbol in a training sequence (step **76**). If the evaluated complex digital signal value(s) correspond(s) to an estimate of a modulation phase $P_X(k)$ of a symbol in a training sequence, the method **70** includes transmitting the evaluated equalized complex digital signal value(s), i.e., the one or more $D_X$s, to the WUD **62** for use in updating the weight coefficients of the FIR filter **60** (step **78**). Otherwise, the evaluated equalized complex digital signal value(s) form(s) one or more estimates of a modulation phase factor $P_X(k)$ for a data-carrying symbol. In that case, the method **100** then, includes outputting the evaluated equalized complex digital signal value(s), i.e., the one or more $D_X(k)$s, for use in estimating the data-carrying symbol corresponding to the modulation phase factor $P_X(k)$ (step **80**).

If the optical transmitter **12** does not modulate independent sequences of PSK symbols onto the "V" and "H" polarization components of the optical carrier, the optional SEC **48**, as shown in FIG. **5**B, may combine or compare the estimated modulation phases from the two ODLF equalizers **46**V, **46**H, e.g., to provide polarization diversity. For example, the processing by the SEC **48** may obtain an improved estimate D(k) for the actual symbol that was modulated onto the optical carrier during the corresponding modulation period. The optional SEC **48** may also combine such estimated phases for modulated symbols over more than one sampling period that corresponds to the same modulation period to produce the improved estimate D(k) for the actual modulated symbol value.

FIG. **9** describes the method **82** for updating the coefficients of the FIR filter **60** of FIG. **7**.

The method **82** includes evaluating in the WUD **62** of FIG. **7** a differential equalization error $E_X(k)$ that measures the error between estimated and actual values of training symbols (step **84**). The WUD **62** obtains the estimated values output by the FIR filter **60**, i.e., at above-described step **78** of the method **70**. The WUD **62** may obtain the actual modulation phases

$P_X(k)$ and $P_X(k-1)$, which have preselected values, from the DSP **24**B. Both the $D_X(k)$s and $P_X(k)$s are, e.g., N-th roots of unity, wherein N is the size of PSK constellation. One exemplary definition for such a differential equalization error $E_X(k)$ is given by:

$$E_X(k) = P_X(k)\cdot P_X^*(k-1) - D_X(k)\cdot D_X(k-1) \qquad (11)$$
$$= P_X(k)\cdot P_X(k-1)^* - C_X(k)^\dagger\cdot Y_X(k)\cdot Y_X(k-1)^\dagger\cdot C_X(k-1).$$

Since the error $E_X(k)$ is a temporal differential function, a small mismatch between the frequency, $\omega_{MC}$, of modulated optical carrier and the frequency, $\omega_{RC}$, of the reference optical carrier typically will not typically lead to a large magnitude for $E_X(k)$. For that reason, such a differential error is believed to provide an adequate measure of equalization-related mismatches even in the absence optical phase or frequency locking between the modulated optical carrier and the reference optical carrier.

Next, the method **82** includes determining updated values for the (2 L+1)-dimensional complex weight vector $C_X(k)$. The updated values are based on the evaluated differential equalization error $E_X(k)$ and already estimated and/or received digital signal values (step **86**). For example, the step **82** may update the complex weight vector $C_X(k)$ at each modulation period or at each sampling period as follows:

$$C_X(k+1)=C_X(k)-\beta\cdot E_X(k)^*\cdot D_X^*(k-1)\cdot Y_X(k). \qquad (12)$$

Here, β is a positive number defining the update step size.

The method **82** includes loading into the FIR filter **60** the updated complex weight coefficient vector $C_X(k+1)$ that was found at the step **86** (step **88**). The loaded weight coefficients will then, be used for the next digital equalization performed by the FIR filter **60**.

The method **82** includes determining whether the equalized complex digital signal value next to be outputted by the FIR filter **60**, e.g., $D_X(k+1)$, corresponds to an estimated modulation phase of another training symbol, i.e., a training symbol for a new modulation period (step **90**). If the next outputted complex digital value does or will correspond to such a new training symbol, the method **82** includes looping back **92** to again perform the step **84**. Such loop backs **92** can improve values of the weight coefficients loaded onto the FIR filter **60**, e.g., by iteratively reducing the above-described differential equalization error. Otherwise, the method **82** includes outputting the equalized complex digital signal value $D_X(k+1)$ as an estimated modulation phase for a data-carrying symbol carried by the modulated optical carrier, i.e., as at the step **80**, and then, returning the ODLF equalizer **46**X to the mode of performing equalization according to the method **70** of FIG. **8** (step **94**).

In the method **80** for updating the complex weight coefficients of the FIR filter **60**, the differential error $E_X(k)$ has several desirable properties. First, the error $E_X(k)$ is independent of any constant phase shift between the modulated optical carrier and the reference optical carrier. Second, the error $E_X(k)$ is substantially independent of small line width-induced phase rotations provided that the sampling period is sufficiently short. For these reasons, the ODLF equalizer **46**X can compensate OISI induced by the optical communications channel **14** even in the absence of optical phase locking between the received modulated optical carrier and the reference optical carrier. It is often desirable to avoid such an OPLL, because implementations of OPLLs can be difficult to achieve at optical communications frequencies. The adaptive equalizer **46**X provides one way to provide for coherent optical detection without such an undesirable OPLL.



FIG. **5**C illustrates the DSP **24**C, which combines the PolTrack unit **44** of FIG. **5**A and the DSP **24**B of FIG. **5**B thereby providing compensation for both polarization rotation and OISI that occur in the optical communications channel **14**. In the DSP **24**C, the PolTrack unit **44** functions as described with respect to FIG. **5**A. In the DSP **24**C, each ODLF equalizer **46**V, **46**H functions like the ODLF equalizer **46**X of FIGS. **5**B and **7**-**9**, wherein digital signal values $Z_V(k)$ and $Z_H(k)$ from the PolTrack unit **44** replace the digital signal values $Y_V(k)$ and $Y_H(k)$ from the hybrid optical detectors $\mathbf{22}_V$, $\mathbf{22}_H$.

Combining the PolTrack unit **44** and the DSP **24**B can also provide some level of compensation for PMD-induced phase shifts between the "V" and "H" polarization components of the modulated optical carrier. The PolTrack unit **44** cannot of itself compensate for such polarization-dependent phase shifts. Such phase shifts between the "H" and "V" polarization components may be produced as the modulated optical carrier propagates through the optical communications channel **14**. The independent equalization of the "H" and "V" polarization components in the ODLF equalizer **46**H and the ODLF equalizer **46**V, respectively, may provide sufficient compensation for such polarization-dependent phase shifts.

FIG. **5**D illustrates the DSP **24**D, which includes only one ODFL equalizer **46**V of FIG. **5**B. In the DSP **24**D, the ODLF equalizer **46**V functions as in the ODLF equalizer **46**X of FIG. **5**B. The DSP **24**D can correct for OISI in the optical communications channel **14** when the modulated optical carrier is not polarization multiplexed.

FIG. **5**E illustrates the DSP **24**E, which includes the PolTrack unit **44** and one ODFL equalizer **46**V shown in FIG. **5**C. In the DSP **24**E, the PolTrack unit **44** and ODLF equalizer **46**V functions as in the DSP **24**C of FIG. **5**C. The DSP **24**E may correct polarization rotations and OISI in some optical communications channels **14** when the modulated optical carrier is not polarization multiplexed.

Referring again to FIG. **2**, some optical communications channels **14** may produce high levels of optical noise, e.g., due to in-line optical amplifiers. In these optical communications channels **14**, equalization based on differential phase errors, i.e., based on the $E_X(k)$s, may not adequate optimal equalization. For such optical communications channels **14**, the ODLF equalizer **46**X of FIG. **7** may be coupled serially to the input of another equalizer. This other equalizer could be configured to recursively estimate the phases modulated onto the received optical carrier based on the equalized complex signal values output by the ODLF equalizer **46**X, i.e., the $D_X(k)$s. In such embodiments, the recursively estimated phases might also be feed back to the WUD **62** for use in updating the weight coefficients of the FIR filter **60**. Digital processing methods and apparatus for such recursive estimates of modulation phases are described, e.g., in U.S. patent application Ser. No. 11/483,280, entitled "Recursive Phase Estimation for a Phase-Shift-Keying Receiver", which was filed on Jul. 7, 2006 by Ut-Va Koc. This U.S. patent application is incorporated by reference herein in its entirety.

In light of the description and drawings herein, it may be evident to one of skill in the art that the DSP **24** of FIG. **3** could use a different method to compensate polarization rotation and/or reduce the OISI that has been produced by the optical communications channel **14**. For example, such other methods could use different error measures than those described with respect to FIGS. **5**A-**5**C and **6**-**9**.

In some embodiments of the DSPs **24** of FIGS. **3**A and **3**B, a first or second stage of signal processing may include a correction for phase errors caused by the frequency offset between the modulated optical carrier and the reference optical carrier. Devices for performing such correction may be useful in the optical receivers **16**, **16'** and are described, e.g., U.S. patent application Ser. No. 11/644,536 entitled "Frequency Estimation in An Intradyne Optical Receiver", which is being filed by Andreas Leven et al on the same date as this patent application and is incorporated herein by reference in its entirety.

From the above disclosure, the figures, and the claims, other embodiments will be apparent to those of skill in the art.

I claim:

**1**. An apparatus, comprising:

an optical receiver configured to recover data PSK modulated onto a received optical carrier, the optical receiver comprising:

an optical detector being configured to produce a sequence of vectors having first digital electrical signal components, each first digital electrical signal component being indicative of a value of one polarization component of the received optical carrier at a corresponding sampling time; and

a digital signal processor being connected to receive the first digital electrical signal components and being configured to equalize the first digital electrical signal components in a manner responsive to differential phase errors between successive ones of the first digital electrical signal components, the being configured to equalize the first digital electrical signal components including being configured to form weighted sums of successive ones of the first digital electrical-signal components.



**2**. The apparatus of claim **1**,

wherein the optical detector is configured to produce second digital electrical signal components of the vectors, each second digital electrical signal component being indicative of a value of another polarization component of the received optical carrier at the corresponding sampling time; and

wherein the digital signal processor is configured to equalize the second digital electrical signal components in a manner responsive to differential phase errors between successive ones of the second digital electrical signal components.

**3**. The apparatus of claim **1**, wherein the digital signal processor comprises a device configured to function as a FIR filter that equalizes the first digital electrical signal components by producing a weighted sum of (2L+1) successive ones of the first digital electrical signal components, L being greater than or equal to one.

**4**. The apparatus of claim **3**, wherein the digital signal processor further comprises a weight updating device that is configured to update weights defining the sum based on the differential phase errors.

* * * * *