| | |
|---|---|
| LAWRENCE HADLEY (SB 157,728) | LAWRENCE LAPORTE (SB 130,003) |
| lhadley@glaserweil.com | Lawrence.LaPorte@lewisbrisbois.com |
| GLASER WEIL LLP | LEWIS BRISBOIS LLP |
| 10250 Constellation Blvd, 19th Floor | 633 West 5th Street, Suite 4000 |
| Los Angeles, California 90067 | Los Angeles, California 90071 |

Attorneys for Plaintiff Core Optical Technologies, LLC

| | |
|---|---|
| Thomas W. Davison (*pro hac vice*) | Blair M. Jacobs (*pro hac vice*) |
| tom.davison@alston.com | bjacobs@McKoolSmith.com |
| ALSTON & BIRD LLP | McKool Smith LLP |
| 950 F Street NW | 1999 K St. NW |
| Washington, DC 20004 | Washington, DC 20006 |
| Attorneys for Nokia Defendants | Attorneys for ADVA Defendants |

David P. Enzminger (SBN: 137065)
denzminger@winston.com
WINSTON & STRAWN LLP
355 S Grand Ave,
Los Angeles, CA 90071
Attorneys for Defendant Cisco

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CORE OPTICAL TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NOKIA CORPORATION and NOKIA OF AMERICA CORPORATION;<br><br>ADVA OPTICAL NETWORKING SE and ADVA OPTICAL NETWORKING NORTH AMERICA, INC.; and<br><br>CISCO SYSTEMS, INC.<br><br>Defendants. | CASE NO: 8:19-cv-2190-JAK-RAO<br>CASE NO: 8:20-cv-1463-JAK-RAO<br>CASE NO: 8:20-cv-1468-JAK-RAO<br><br>**STIPULATION TO EXTEND DEADLINES AND CONTINUE *MARKMAN* HEARING** |

1  Pursuant to Standing Order 4, Plaintiff Core Optical Technologies, LLC
2 ("Core" or "Plaintiff") and Defendants Nokia Corporation and Nokia of America
3 Corporation (collectively, "Nokia"), ADVA Optical Networking SE and ADVA
4 Optical Networking North America, Inc. (collectively, "ADVA"), and Cisco Systems,
5 Inc. ("Cisco") (collectively, "Defendants") (together, "the Parties") hereby submit this
6 stipulation to extend certain deadlines in the Court's February 26, 2021 Scheduling
7 Order, and to continue the *Markman* (claim construction) hearing from July 26, 2021
8 to September 20, 2021. This stipulation is supported by the Declaration of Lawrence
9 Hadley ("Declaration"), counsel for Core, which explains why the proposed
10 extensions and continuance are necessary, proper, and should be granted.

11  As for the requested extensions:  the Parties respectfully submit that, for the
12 reasons set forth in the Declaration, they need additional time to complete fact
13 discovery before they prepare their expert reports. To that end, the Parties respectfully
14 request a four-month extension of the deadlines for expert reports, dispositive
15 motions, and discovery. The Parties believe that this extension will give them
16 adequate time to complete (or substantially complete) fact discovery before they are
17 required to prepare expert reports. The Parties submit that judicial and party economy
18 would be best served by allowing them to complete fact discovery before they
19 proceed to expert discovery, because this would obviate the need for "supplemental"
20 expert reports to address new evidence produced after the initial expert reports. The
21 Parties represent that the proposed four month extension is necessary to allow them to
22 complete fact discovery before expert discovery begins.

23  As for the requested continuance:  Counsel for Cisco have a scheduling conflict
24 with the current *Markman* hearing date of July 26, 2021. Specifically, counsel for
25 Cisco have another *Markman* hearing in another case, *802 Systems, Inc. v. Cisco*
26 *Systems, Inc.*, at 9:00 a.m. on July 27, 2021 in Marshall, Texas. Cisco was not able to
27 obtain an extension of the *Markman* hearing in the *802 Systems* case. Thus, Cisco
28 respectfully requests that the *Markman* hearing be continued until September 20,

2021, so that Cisco can participate in the hearing. All other Parties consent to this continuance as the first date it appears that all Parties and the Court are available.

For the reasons set forth above, and in the Hadley Declaration, the Parties request that the following deadlines in the Court's Scheduling Orders (*Nokia* Dkt. 74, *ADVA* Dkt. 43, *Cisco* Dkt. 31) be modified as follows:

| Scheduling Event | [Modified Deadline] Current Deadline |
|---|---|
| S.P.R. 3.6 – Claim Construction Hearing | [September 20, 2021 at 10:00 a.m.] July 26, 2021 at 10:00 a.m. |
| Anticipated claim construction order | [As the Court may decide] August 30, 2021 |
| S.P.R. 4.1 – Final Infringement Contentions and Expert Reports | [January 28, 2022] September 27, 2021 |
| S.P.R. 4.4 – Advice of Counsel production | [January 28, 2022] September 27, 2021 |
| S.P.R. 4.2 – Final Invalidity Contentions and Expert Reports | [February 25, 2022] October 25, 2021 |
| S.P.R. 4.3 – Rebuttal Expert Reports (infringement) | [February 25, 2022] October 25, 2021 |
| S.P.R. 4.3 – Rebuttal Expert Reports (invalidity) | [March 25, 2022] November 22, 2021 |
| S.P.R. 4.3 – Close of Discovery | [April 22, 2022] December 20, 2021 |
| S.P.R. 4.5 – Dispositive Motions Deadline | [May 20, 2022] January 17, 2022 |
| Last day to conduct settlement conference or mediation with Outside ADR/Non- | [June 17, 2022] February 14, 2022 |

| Judicial neutral | |
|---|---|
| Notice of Settlement or Joint Report Re Settlement | [June 21, 2022] February 18, 2022 |
| Post-Mediation Status Conference | [As the Court may order] February 28, 2022 at 1:30 P.M. |
| Final Pretrial Conference and Trial | The parties will be invited to submit proposed dates, if necessary, upon the Court's final ruling on dispositive motions. The trial estimate will be set at the final pretrial conference. |

The Parties agree that the aforementioned modifications to the Court's Scheduling Orders (*Nokia* Dkt. 74, *ADVA* Dkt. 43, *Cisco* Dkt. 31) do not impact the schedule or stays in Core's other cases pending in this Court, *i.e.*, *Core Optical Technologies, LLC v. Comcast Corporation et al.*, 8:21-cv-00046-JAK-RAO (C.D. Cal.); *Core Optical Technologies, LLC v. Amazon.com, Inc. et al.*, 8:21-cv-00049-JAK-RAO (C.D. Cal.); or *Core Optical Technologies, LLC v. Charter Communications, Inc. et al.*, 8:21-cv-00789-JAK-RAO (C.D. Cal.).

IT IS SO STIPULATED.

*For Plaintiff Core Optical:*

DATED:  July 11, 2021  GLASER WEIL and LEWIS BRISBOIS LLP

By: */s/Lawrence Hadley*
LAWRENCE M. HADLEY
STEPHEN E. UNDERWOOD
LAWRENCE R. LAPORTE

*For Nokia Defendants*

DATED:  July 11, 2021  ALSTON & BIRD LLP

By:  */s/ Thomas W. Davison*
THOMAS W. DAVISON
JOHN D. HAYNES
MAX E. RUBINSON

*For ADVA Defendants:*

DATED:  July 11, 2021  MCKOOL SMITH LLP

By: */s/ Blair M. Jacobs*
BLAIR M. JACOBS

*For Defendant Cisco:*

DATED:  July 11, 2021  WINSTON & STRAWN LLP

By: */s/ David Enzminger*
DAVID ENZMINGER
KRISHNAN PADMANABHAN

---

5
STIPULATION TO EXTEND  DEADLINES AND CONTINUE *MARKMAN* HEARING

2028169.1