# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORE OPTICAL TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NOKIA CORPORATION and NOKIA OF AMERICA CORPORATION;<br><br>ADVA OPTICAL NETWORKING SE and ADVA OPTICAL NETWORKING NORTH AMERICA, INC.; and<br><br>CISCO SYSTEMS, INC.<br><br>Defendants. | No. 8:19-cv-2190 JAK (RAOx)<br>No. 8:20-cv-1463 JAK (RAOx)<br>No. 8:20-cv-1468 JAK (AGRx)<br><br>**JUDGMENT**<br><br>**J-6** |

On August 4, 2022, the Court entered an order granting the joint summary judgment motion of Defendants Cisco Systems, Inc., ADVA Optical Networking SE, ADVA Optical Networking North America, Inc., Nokia Corporation, and Nokia of America Corporation (collectively, "Defendants") (the "Order"). *See Core Optical Technologies, LLC v. Cisco Systems, Inc. et al*, C.A. 8:20-cv-01468 JAK (AGRx) Dkt. 111; *Core Optical Technologies, LLC v. ADVA Optical Networking SE et al*, C.A. 8:20-cv-01463 JAK (RAOx), Dkt.128; *Core Optical Technologies, LLC v. Nokia Corporation et al.*, C.A. 8:19-cv-02190 JAK (RAOx), Dkt.144. In the Order, the Court concluded that there is no genuine dispute of material fact that the patent-in-suit, U.S. Patent No. 6,782,211 (the "'211 Patent"), is not a Non-TRW Invention under Dr. Core's Invention Agreement with TRW, and therefore Dr. Core's rights in the '211 Patent were automatically assigned under the Invention Agreement to TRW. As a result of the Order, Plaintiff Core Optical Technologies, LLC lacks standing to assert the '211 Patent. As a further result of the Order, each Defendant is a prevailing party.

Accordingly, IT IS HEREBY ORDERED that these cases are DISMISSED IN THEIR ENTIRETY due to lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

Dated:  September 14, 2022

John A. Kronstadt
United States District Judge