David P. Enzminger (SBN: 137065)
denzminger@winston.com
WINSTON & STRAWN LLP
333 S. Grand Ave.
Los Angeles, CA 90071-1543
Telephone: +1 213-615-1780
Facsimile: +1 213-615-1750

Krishnan Padmanabhan (SBN: 254220)
kpadmanabhan@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: +1 212-294-3564
Facsimile: +1 212-294-4700

*Attorneys for Cisco Systems, Inc.*
*(Additional Counsel Information Omitted)*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| CORE OPTICAL TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NOKIA CORPORATION and NOKIA OF AMERICA CORPORATION;<br><br>ADVA OPTICAL NETWORKING SE and ADVA OPTICAL NETWORKING NORTH AMERICA, INC.;<br><br>CISCO SYSTEMS, INC.<br><br>Defendants. | CASE NO: 8:19-CV-2190-JAK-RAO<br>CASE NO: 8:20-CV-1463-JAK-RAO<br>CASE NO: 8:20-CV-1468-JAK-AGR<br><br>**JOINT STIPULATION RE: PRE-TRIAL DEADLINES BEFORE BENCH TRIAL** |

Plaintiff Core Optical Technologies, LLC ("Core") and Defendants Nokia Corporation and Nokia of America Corporation ("Nokia"), ADVA Optical Networking SE and ADVA Optical Networking North America, Inc. ("ADVA"), and Cisco Systems, Inc. ("Cisco") (the latter, the "Defendants") (collectively, the "Parties"), through their undersigned counsel, hereby stipulate and agree to the pre-trial deadlines in the below table in relation to the February 18, 2025 bench trial on ownership and standing in the above captioned matters.

| **Scheduling Event** | **Deadline** |
|---|---|
| Close of Fact Discovery Related to Ownership Issue | December 18, 2024 |
| Exchange of Expert Reports | December 23, 2024 |
| Meeting of Counsel Before Final Pre-trial Conference | January 2, 2024 |
| Depositions of Experts | January 8, 2025 – January 17, 2025 |
| Deadline to Serve Initial Deposition Designations | January 10, 2025 |
| Deadline to Serve Rebuttal Deposition Designations | January 17, 2025 |
| Deadline to Serve Reply Deposition Designations | January 24, 2025 |
| Deadline to Submit Declarations Containing the Direct Testimony of Each Witness Whom That Party Intends to Call at Trial | January 28, 2025 |
| Deadline to Submit Evidentiary Objections to the Declaration(s) | February 4, 2025 |

| | |
|---|---|
| Submitted By Any Other Party | |
| Joint Exhibit List | February 5, 2025 |
| Joint Witness List | February 7, 2025 |
| Findings of Fact and Conclusions of Law | February 7, 2025 |
| Pre-trial Conference | February 11, 2025 |
| Glossary of terms for the court reporter | February 11, 2025 |
| Bench Trial | February 18, 2025 |

Respectfully submitted,

Dated: November 18, 2024

GLASER WEIL FINK HOWARD AVCHEN & SHAPRIO LLP

By: */s/ Lawrence M. Hadley*
  Lawrence M. Hadley
  Stephen E. Underwood
  *Attorneys for Plaintiff*
  *Core Optical Technologies, LLC*

Dated: November 18, 2024

WINSTON & STRAWN LLP

By: */s/ Krishnan Padmanabhan*
  David P. Enzminger
  Krishnan Padmanabhan
  *Attorneys for Defendants*
  *ADVA Optical Networking SE and ADVA Optical Networking North America; Cisco Systems, Inc.*

Dated: November 18, 2024

ALSTON & BIRD LLP

By: */s/ Thomas W. Davison*
  Thomas W. Davison
  *Attorney for Defendants Nokia Corporation and Nokia of America Corporation*

**FILER'S ATTESTATION**

I, Krishnan Padmanabhan, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

                      */s/ Krishnan Padmanabhan*
                      Krishnan Padmanabhan