David P. Enzminger (SBN: 137065)
denzminger@winston.com
WINSTON & STRAWN LLP
333 S. Grand Ave., 38th Floor
Los Angeles, CA 90071-1543
Telephone:  (213) 615-1700
Facsimile:   (213) 615-1750

Krishnan Padmanabhan (SBN: 254220)
kpadmanabhan@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone:  (212) 294-6700
Facsimile:   (212) 294-4700

*Attorneys for Cisco Systems, Inc.*
*(Additional Counsel Information Omitted)*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| CORE OPTICAL TECHNOLOGIES, LLC,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ADVA OPTICAL NETWORKING SE and ADVA OPTICAL NETWORKING NORTH AMERICA, INC., and DOES 1 through 10<br><br>CISCO SYSTEMS, INC. and DOES 1 through 10, inclusive; and<br><br>NOKIA CORPORATION and NOKIA OF AMERICA CORPORATION,<br><br>　　　　　Defendants. | Case No. 8:19-cv-2190-JAK-AGR<br>Case No. 8:20-cv-1463-JAK-AGR<br>Case No. 8:20-cv-1468-JAK-AGR<br><br>**JOINT STIPULATION RE: EXTENSION OF DEADLINE TO SUBMIT WITNESS STATEMENTS** |

**JOINT STIPULATION**

WHEREAS, on January 13, 2025, the Court approved the parties' Joint Stipulation re: Pre-trial Deadlines Before Bench Trial ("Joint Stipulation").

WHEREAS the Joint Stipulation set the deadline for the submission of declarations containing the direct testimony of each witness whom the parties intend to call at trial for January 28, 2025.

WHEREAS the parties came to an agreement that each shall submit declarations containing the direct testimony of each witness whom the parties intend to call at trial on January 31, 2025.

NOW, THEREFORE, the Parties hereby agree and stipulate as follows:

1. The parties shall submit declarations containing the direct testimony of each witness whom the parties intend to call at trial no later than January 31, 2025.

2. Nothing herein shall be deemed to constitute a waiver of, and neither party waives and expressly preserves, all arguments in the above-captioned action.

Respectfully submitted,

DATED: January 21, 2025

GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP

By: /s/ Lawrence M. Hadley
LAWRENCE M. HADLEY
STEPHEN E. UNDERWOOD
*Attorneys for Plaintiff*
*Core Optical Technologies, LLC*

DATED: January 21, 2025

WINSTON & STRAWN LLP

By: /s/ Krishnan Padmanabhan
DAVID P. ENZMINGER
KRISHNAN PADMADABHAN
*Attorneys for Defendnats*
*Cisco Systems, Inc. and*
*ADVA Defendants*

JOINT STIPULATION RE: EXTENSION OF DEADLINE TO EXCHANGE WITNESS STATEMENTS

|   |   |   |
|---|---|---|
| 1 |  |  |
| 2 | DATED: January 21, 2025 | ALSTON & BIRD LLP |
| 3 |  | By: /s/ Thomas W. Davidson |
| 4 |  | THOMAS W. DAVIDSON |
| 5 |  | *Attorney for Defendant* |
|   |  | *Nokia of America Corporation* |

DATED: January 21, 2025

MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Karin G. Pagnanelli
KARIN G. PAGNANELLI
CONSTANCE KANG
*Attorneys for Intervenor*
*Northrop Grumman Systems Corp.*

JOINT STIPULATION RE: EXTENSION OF DEADLINE TO EXCHANGE WITNESS STATEMENTS

## FILER'S ATTESTATION

I, Krishnan Padmanabhan, attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.