# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | SA 19CV02190 JAK (AGRx) |
| Date | February 19, 2025 |
| Title: | Core Optical Technologies, LLC v. Nokia Corporation et al. |

Present: The Honorable **John A. Kronstadt, Judge**

| Daniel Torrez | Amy Diaz |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Lawrence Hadley/Stephen Underwood/Lawrence LaPorte | Brian Nisbet/John Haynes/Krishnan Padmanbhan/Karin Pagnanelli/Theresa Bowman/Robert Kang/Sloane Krazis |

__Second__ Day Court Trial    ____ Day Jury Trial

____ One day trial:    ____ Begun (1st day);    **X** Held & Continued;    ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.

____ Opening statements made by ____

✓ Witnesses called, sworn and testified.    ✓ Exhibits Identified    ✓ Exhibits admitted.

____ Plaintiff(s) rest.    ____ Defendant(s) rest.

____ Closing arguments made by    ____ plaintiff(s)    ____ defendant(s).    ____ Court instructs jury.

____ Bailiff(s) sworn.    ____ Jury retires to deliberate.    ____ Jury resumes deliberations.

____ Jury Verdict in favor of    ____ plaintiff(s)    ____ defendant(s) is read and filed.

____ Jury polled.    ____ Polling waived.

____ Filed Witness & Exhibit Lists    ____ Filed jury notes.    ____ Filed jury instructions.

____ Judgment by Court for    ____ plaintiff(s)    ____ defendant(s).

____ Findings, Conclusions of Law & Judgment to be prepared by    ____ plaintiff(s)    ____ defendant(s).

____ Case submitted.    Briefs to be filed by ____

____ Motion to dismiss by ____ is    ____ granted.    ____ denied.    ____ submitted.

____ Motion for mistrial by ____ is    ____ granted.    ____ denied.    ____ submitted.

____ Motion for Judgment/Directed Verdict by ____ is    ____ granted.    ____ denied.    ____ submitted.

____ Settlement reached and placed on the record.

____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

____ Trial subpoenaed documents returned to subpoenaing party.

✓ Case continued to **February 26, 2025 at 1:30 p.m.** for further trial/further jury deliberation.

✓ Other: Attorneys shall file briefs re testimony relevance no later than 2/21/25.

                                                                                  5  :  35

Initials of Deputy Clerk    DT

cc: