# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORE OPTICAL TECHNOLOGIES, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>NOKIA CORPORATION, et al.; ADVA OPTICAL NETWORKING SE, et al.; and CISCO SYSTEMS, INC., et al.,<br><br>        Defendants. | No. 8:19-CV-02190-JAK (RAOx)<br>No. 8:20-CV-01463-JAK (RAOx)<br>No. 8:20-CV-01468-JAK (AGRx)<br><br>**JUDGMENT**<br>**[JS6: CASE TERMINATED]** |
| NORTHRUP GRUMMAN SYSTEMS CORPORATION,<br><br>        Plaintiff-in-Intervention,<br><br>v.<br><br>NOKIA CORPORATION, et al.; ADVA OPTICAL NETWORKING SE, et al.; and CISCO SYSTEMS, INC., et al.,<br><br>        Defendants-in-Intervention. | |

On September 12, 2025, a Memorandum of Decision re Bench Trial ("Memorandum of Decision") issued finding Plaintiff Core Optical Technologies, LLC ("Core Optical") lacks Article III standing to assert U.S. Patent No. 6,782,211 ("the '211 patent") against Nokia of America Corporation et al. (Case No. 8:19-cv-2190-JAK), Cisco Systems, Inc. et al. (Case No. 8:20-cv-1463-JAK), and ADVA Optical Networking SE et al. (Case No. 8:20-cv-1468-JAK) (collectively, "Defendants").

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that, for the reasons set forth in the Memorandum of Decision, Plaintiff's claims against Defendants are **DISMISSED** in their entirety due to lack of subject matter jurisdiction. **JUDGMENT** is accordingly hereby entered in favor of Defendants and Intervenor Northrop Grumman Systems Corporation.

**IT IS SO ORDERED.**

Dated: October 1, 2025

_____
John A. Kronstadt
United States District Judge